# United States Bankruptcy Court

## Western District of Washington

In re    **Granville Alan Brinkman,**
        **Robbin Rena Brinkman**

Case No.    **15-44496**

Debtors,

Chapter      **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 275,000.00 | | |
| B - Personal Property | Yes | 9 | 6,389,511.68 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 556,791.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 17,661.27 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 10,958,683.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,131.92 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | 6,842.22 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 6,664,511.68 | | |
| Total Liabilities | | | | 11,533,135.85 | |

# United States Bankruptcy Court

## Western District of Washington

In re   **Granville Alan Brinkman,**
**Robbin Rena Brinkman**

            Debtors

Case No.   **15-44496**

Chapter   **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Granville Alan Brinkman,**                    Case No.   **15-44496**
       **Robbin Rena Brinkman**

                                           Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Condominium: 201 Broadway Unit A Tacoma WA 98402** | **Fee simple** | **C** | **275,000.00** | **234,000.00** |
| **Condo: 207 Broadway Unit 600 in Tacoma, WA** | **Possessory interest until 10/26/15; foreclosed on by SPS on 9/11/15.** | **C** | **0.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | 275,000.00 | (Total of this page) |
| Total > | 275,000.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Granville Alan Brinkman,**
       **Robbin Rena Brinkman**

                         Case No.    **15-44496**

                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Union State Bank checking -0412 | C | 3,735.98 |
| | | Savings Account: Union State Bank -0467 | C | 531.79 |
| | | Umpqua Bank checking -1911 | C | 77.82 |
| | | Bank of America checking -4620 | C | 200.00 |
| | | Bank of America savings -4620 | C | 30.70 |
| | | Bank of America Market Rate Savings -4853 | C | 703.31 |
| | | Proceeds being held by Receiver Smith (see SOFA #6) from execution sale of Dickinson State University Foundation property as part of Judgment in Stark County, ND Southwest District, Civil No. 45-2014-CV-00040, dated 11/21/14, pursuant to "Stipulation Allowing Funds to be Deposited with the Receiver in State of North Dakota ex. rel. Wayne Stenehjem, Attorney General, vs. Dickinson State University Foundation, Civil No. 45-2014-CV-00873" | C | 112,000.00 |
| | | Heritage Bank Account (-6241) joint account with Hawks Landing I, LLC | C | 198.08 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit: Held by landlord Fair Street Rental | C | 1,150.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture: 2 Bedrooms Set, 2 Sofa,1 Dining Room Set, 1 Sideboard, 4 Side Chairs,  1 Living Room Coffee Table And 4 Side Tables, 2 Book Shelves, 1 Side Board; 1 Humidor Location: 207 Broadway,#600 until 10/26/15 - Move To ND Rental In Beulah | C | 4,000.00 |

                                             Sub-Total >       **122,627.68**

                                       (Total of this page)

<u>  8  </u> continuation sheets attached to the Schedule of Personal Property

In re   **Granville Alan Brinkman,**
       **Robbin Rena Brinkman**

Case No.     **15-44496**

               Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Appliances: Washer Dryer, Refrigerator, 2 Chest Freezers**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **500.00** |
| | | **Kitchen Pots And Pans, Baking Pans  Dishes And Glassware, Serving Dishes, Cooking Utensils**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **600.00** |
| | | **3 Flat Screen TVs**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **400.00** |
| | | **Office: 1 Tablet**<br>**1 Desktop**<br>**1 Laptop**<br>**2 Printers**<br>**Location: 213 Fair St**<br>**Beulah ND 58523** | **C** | **200.00** |
| | | **Audio-Video: 1 Flat Screen**<br>**Location: 213 Fair St**<br>**Beulah Nd 58523** | **C** | **0.00** |
| | | **Family Painted Artwork, misc artwork**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **2,000.00** |
| | | **Office: 2 Desks**<br>**2 Computers**<br>**2 Printers**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **300.00** |
| | | **Outside Patio Table and Chairs, patio heater**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **200.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collectibles: 2 Small Statues**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **300.00** |
| | | **Misc Books, movie DVDs, misc artwork**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **425.00** |
| 6. Wearing apparel. | | **Clothes: Granville**<br>**Location: 207 Broadway,#600 until 10/26/15** | **C** | **200.00** |

| | |
|---|---|
| Sub-Total > | **5,125.00** |
| (Total of this page) | |

Sheet   **1**   of   **8**   continuation sheets attached
to the Schedule of Personal Property

In re    **Granville Alan Brinkman,**
       **Robbin Rena Brinkman**

                               Debtors

Case No.    **15-44496**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Clothes: Robbin**<br>**Location: 213 Fair St**<br>**Beulah ND 58523** | **C** | **100.00** |
| 7.   Furs and jewelry. | | **Wedding Ring**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **150.00** |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **Golf Clubs**<br>**Location: 213 Fair St**<br>**Beulah Nd 58523** | **C** | **200.00** |
| | | **Firearms: 1 Shotgun**<br>**Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | **C** | **100.00** |
| | | **Misc Hand Tools**<br>**Location: 213 Fair St**<br>**Beulah ND 58523** | **C** | **300.00** |
| | | **Firearms: 1 Shotgun**<br>**Location: 213 Fair St**<br>**Beulah ND 58523** | **C** | **100.00** |
| | | **mini player piano** | **C** | **500.00** |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insurance: Term Life Insurance**<br>**Location: Hartford Life 102Lt4703279** | **W** | **0.00** |
| | | **Insurance: Whole Life**<br>**Location: County Companies** | **W** | **0.00** |
| | | **Insurance: Whole Life**<br>**Location: Country Companies** | **H** | **0.00** |
| 10.   Annuities. Itemize and name each issuer. | **X** | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | **X** | | | |

                                             Sub-Total >      **1,450.00**
                                             (Total of this page)

Sheet   **2**   of   **8**   continuation sheets attached
to the Schedule of Personal Property

In re **Granville Alan Brinkman,**        Case No. **15-44496**
      **Robbin Rena Brinkman**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Greenwood Investors, LLC: 24% ownership Assets of LLC:** | **C** | **Unknown** |
| | | **Dickinson Elks Building LLC: 1% ownership Assets of LLC: Umpqua Bank checking acct -43010001 ($12); Building valued at ~$4.2M; secured by loan and possible workmen liens in unknown amounts, likely undersecured.** | **C** | **0.00** |
| | | **Brinkman Investments, LLC: Assets of LLC-- Sold at Sheriff's Sale 6/25/15 (See SOFA #6): Umpqua Bank checking acct -5201 ($10); 85% ownership of Sharp Properties, LLC (15% owned by Walt Sharp). Sharp Properties LLC owns Lots 5-15 of commercial real estate property located at 455 St. Helens Ave. in Tacoma WA valued at $1,500,000, subject to first mortgage held by Northwest Investments LLC (Brian W. Hicks Revocable Trust entity that purchased Heritage Bank loans) in the amount of $628,000; DOTs held by Brinkman Investments LLC in the amount of $758,000; and taxes owed to Pierce County Treasurer in the approx. amount of $30,000--- All assets of Sharp Properties, LLC put into receivership on 5/20/15, Pierce County #15-2-08699-1 (Receiver: Resource Transition Consultants, LLC). Brinkman Investments, LLC is also a judgment creditor of a Judgment in Stark County, ND Southwest District, Civil No. 45-2014-CV-00040, dated 11/21/14: $1,561,769.76 + interest against Dickinson State University Foundation and Dickinson Investments LLC in favor of Granville Brinkman, Brinkman Investments LLC, and Hawk's Landing I, LLC.** | **C** | **0.00** |
| | | **JMO Development, LLC:100% ownership Assets of LLC: Umpqua Bank checking acct -83010001 ($10)** | **C** | **0.00** |

Sub-Total >      **0.00**
(Total of this page)

Sheet __3__ of __8__ continuation sheets attached
to the Schedule of Personal Property

In re    **Granville Alan Brinkman,**                               Case No.    **15-44496**
          **Robbin Rena Brinkman**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Hawks Landing 1, LLC: 100% ownership Assets of LLC: Heritage Bank checking acct -6241 ($117); Judgment in Stark County, ND Southwest District, Civil No. 45-2014-CV-00040, dated 11/21/14: $1,561,769.76 + interest against Dickinson State University Foundation and Dickinson Investments LLC in favor of Granville Brinkman, Brinkman Investments LLC, and Hawk's Landing I, LLC** | C | Unknown |
| | | **Bar C, LLC: 100% ownership Assets of LLC: Union State Bank checking acct -3298 ($2000); Two (2) bulls ($10,500); 52 Black Angus cows ($159,000); 52 calves (~$72,000); $1,500 receivable for cow sold to Western Livestock Exchange in Dickinson ND-- $161,500 owed to Jackie Entzel for 53 cows purchased in Oct. 2014** | C | 12,500.00 |
| | | **New Care Consulting, LLC: 100% ownership Assets of LLC: Umpqua Bank checking acct -190010001 ($10);** | C | 0.00 |
| | | **New Care Construction, LLC: 100% ownership Assets of LLC: Umpqua Bank checking acct -93010001 ($13); Judgment in Stark County, ND Southwest District, Civil No. 45-2014-CV-00040, dated 11/21/14: $133,600 + interest against Dickinson Investments LLC in favor of Granville Brinkman and New Care Construction, LLC (LLC dissolved in 2014)** | C | Unknown |
| | | **New Care Management, LLC: 100% ownership Assets of LLC: Umpqua Bank checking acct -35010001 ($12); Union State Bank checking acct -3301 ($1000); Loan owed by Dickinson Investments to Granville Brinkman and New Care Management, LLC in the amount of $132,000 (loan is also listed as property of the Debtors on this Schedule B).** | C | 0.00 |
| | | **New Care Development, LLC: 100% ownership Assets of LLC: Umpqua Bank checking acct -01010001 ($19);** | C | 0.00 |

Sub-Total >     **12,500.00**
(Total of this page)

Sheet  **4**  of  **8**  continuation sheets attached
to the Schedule of Personal Property

In re **Granville Alan Brinkman,**      Case No. **15-44496**
        **Robbin Rena Brinkman**

                      Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **New Care Healthcare of ND, LLC: 100% ownership Assets of LLC: Umpqua Bank checking acct -27010001 ($10);** | **C** | **0.00** |
| | | **Granville Building, LLC: 25% ownership Assets of LLC: Umpqua Bank checking acct -9010001 ($12);** | **C** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **El Gaucho Tacoma, LLC c/o Mackay Restaurant Mgmt Group Inc 2701 First Ave, Suite 3001** | **C** | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtor unsure if IRS balance is owed or refund is due** | **C** | **Unknown** |
| | | **Judgment in Stark County, ND Southwest District, Civil No. 45-2014-CV-00040, dated 11/21/14: Part 1: $1,561,769.76 + interest against Dickinson State University Foundation and Dickinson Investments LLC in favor of Granville Brinkman, Brinkman Investments LLC, and Hawk's Landing I, LLC; Part 2: $133,600 + interest against Dickinson Investments LLC in favor of Granville Brinkman and New Care Construction, LLC Debtors share this judgment with the entities described herein and in this Schedule B. The Debtors are showing the value of the judgment once, but point out that Brinkman Investments LLC, Hawk's Landing I, LLC and New Care Construction, LLC are also judgment creditors.** | **C** | **1,695,370.00** |
| | | **Dickinson Investments loan made by Granville Brinkman and New Care Management, LLC** | **C** | **132,000.00** |

                                             Sub-Total >     **1,827,370.00**
                                           (Total of this page)

Sheet  **5**  of  **8**  continuation sheets attached
to the Schedule of Personal Property

In re    **Granville Alan Brinkman,**            Case No.    **15-44496**

           **Robbin Rena Brinkman**

                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential claim of Debtor against Brian Hicks, Brian W. Hicks Revocable Trust and Casey Ingels for funds loaned or contributed to Granville Building, LLC (2005 loan of $378,000) | C | 1,006,539.00 |
| | | Claim or offset for funds contirbuted or loaned to Dickinson Elks Building, LLC | C | 1,030,600.00 |
| | | Loan to Emiel Kandie 2711 Glendale Drive W University Place, WA 98466 | C | 5,000.00 |
| | | Loan to Bar C, LLC | C | 10,500.00 |
| | | Loans to JMO Development, LLC | C | 50,000.00 |
| | | Loans to New Care Construction, LLC | C | 435,000.00 |
| | | Loans to Brinkman Investments, LLC: DOT against Sharp Properties LLC recorded in favor of Brinkman Investments LLC | C | 758,000.00 |
| | | Loans to Brinkman Investments, LLC: Brinkman Investments LLC made $500,000 investment in Dickinson Investments LLC (part of the ND Judgment) | C | 500,000.00 |
| | | Loans to Hawks Landing I, LLC: Hawks Landing I, LLC made $475,000 investment in Dickinson Investments LLC (part of the ND Judgment) | C | 475,000.00 |
| | | Loans to New Care Management, LLC: New Care Management, LLC (originally thru New Care Construction LLC) made $133,500 investment in Dickinson Investments LLC (part of the ND Judgment) | C | 133,500.00 |

Sub-Total >    **4,404,139.00**
(Total of this page)

Sheet  **6**  of  **8**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

In re   **Granville Alan Brinkman,**
**Robbin Rena Brinkman**

                      Debtors

Case No.    **15-44496**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **State of WA/ND dispute between states who is owed for employee contributions, we were forced to pay in both states we are due a refund approximately $8,000 plus interest** | C | 8,000.00 |
| | | **Claim for condo (207 Broadway Unit 200 Tacoma WA 98402) to be contributed to settlement w/ Brian Hicks Trust, Casey and Gwen Ingels, and John and Barbara Almond.** | C | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Chevy Silverado Location: North Dakota** | C | 7,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 Blue Heeler Cattle Dog Location: 213 Fair St Beulah, ND 58523** | C | 800.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **16,300.00**
(Total of this page)

Sheet  **7**  of  **8**  continuation sheets attached
to the Schedule of Personal Property

In re **Granville Alan Brinkman,**
     **Robbin Rena Brinkman**
_____,
Case No. __**15-44496**_____

                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **6,389,511.68** |

Sheet __8__ of __8__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Granville Alan Brinkman,**               Case No.   **15-44496**
        **Robbin Rena Brinkman**

                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                           *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Union State Bank checking -0412** | 11 U.S.C. § 522(d)(5) | **3,735.98** | **3,735.98** |
| **Savings Account: Union State Bank -0467** | 11 U.S.C. § 522(d)(5) | **531.79** | **531.79** |
| **Umpqua Bank checking -1911** | 11 U.S.C. § 522(d)(5) | **77.82** | **77.82** |
| **Bank of America checking -4620** | 11 U.S.C. § 522(d)(5) | **200.00** | **200.00** |
| **Bank of America savings -4620** | 11 U.S.C. § 522(d)(5) | **30.70** | **30.70** |
| **Bank of America Market Rate Savings -4853** | 11 U.S.C. § 522(d)(5) | **703.31** | **703.31** |
| **Heritage Bank Account (-6241) joint account with Hawks Landing I, LLC** | 11 U.S.C. § 522(d)(5) | **198.08** | **198.08** |
| **Household Goods and Furnishings** | | | |
| **Furniture: 2 Bedrooms Set, 2 Sofa,1 Dining Room Set, 1 Sideboard, 4 Side Chairs,  1 Living Room Coffee Table And 4 Side Tables, 2 Book Shelves, 1 Side Board; 1 Humidor Location: 207 Broadway,#600 until 10/26/15 - Move To ND Rental In Beulah** | 11 U.S.C. § 522(d)(3) | **4,000.00** | **4,000.00** |
| **Appliances: Washer Dryer, Refrigerator, 2 Chest Freezers Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | 11 U.S.C. § 522(d)(3) | **500.00** | **500.00** |
| **Kitchen Pots And Pans, Baking Pans  Dishes And Glassware, Serving Dishes, Cooking Utensils Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | 11 U.S.C. § 522(d)(3) | **600.00** | **600.00** |
| **3 Flat Screen TVs Location: 207 Broadway,#600 Until 10/26/15 - Move to ND rental in Beulah** | 11 U.S.C. § 522(d)(3) | **400.00** | **400.00** |
| **Office: 1 Tablet 1 Desktop 1 Laptop 2 Printers Location: 213 Fair St Beulah ND 58523** | 11 U.S.C. § 522(d)(3) | **200.00** | **200.00** |
| **Audio-Video: 1 Flat Screen Location: 213 Fair St Beulah Nd 58523** | 11 U.S.C. § 522(d)(3) | **0.00** | **0.00** |

  **2**   continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **Granville Alan Brinkman,**             Case No.    **15-44496**
        **Robbin Rena Brinkman**

                                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office: 2 Desks**<br>**2 Computers**<br>**2 Printers**<br>**Location: 207 Broadway,#600 Until 10/26/15 -**<br>**Move to ND rental in Beulah** | **11 U.S.C. § 522(d)(3)** | **300.00** | **300.00** |
| **Outside Patio Table and Chairs, patio heater**<br>**Location: 207 Broadway,#600 Until 10/26/15 -**<br>**Move to ND rental in Beulah** | **11 U.S.C. § 522(d)(3)** | **200.00** | **200.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Collectibles: 2 Small Statues**<br>**Location: 207 Broadway,#600 Until 10/26/15 -**<br>**Move to ND rental in Beulah** | **11 U.S.C. § 522(d)(3)** | **300.00** | **300.00** |
| **Misc Books, movie DVDs, misc artwork**<br>**Location: 207 Broadway,#600 Until 10/26/15 -**<br>**Move to ND rental in Beulah** | **11 U.S.C. § 522(d)(3)** | **425.00** | **425.00** |
| **Wearing Apparel**<br>**Clothes: Granville**<br>**Location: 207 Broadway,#600 until 10/26/15** | **11 U.S.C. § 522(d)(3)** | **200.00** | **200.00** |
| **Clothes: Robbin**<br>**Location: 213 Fair St**<br>**Beulah ND 58523** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **Furs and Jewelry**<br>**Wedding Ring**<br>**Location: 207 Broadway,#600 Until 10/26/15 -**<br>**Move to ND rental in Beulah** | **11 U.S.C. § 522(d)(4)** | **150.00** | **150.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**Golf Clubs**<br>**Location: 213 Fair St**<br>**Beulah Nd 58523** | **11 U.S.C. § 522(d)(3)** | **200.00** | **200.00** |
| **Firearms: 1 Shotgun**<br>**Location: 207 Broadway,#600 Until 10/26/15 -**<br>**Move to ND rental in Beulah** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **Misc Hand Tools**<br>**Location: 213 Fair St**<br>**Beulah ND 58523** | **11 U.S.C. § 522(d)(3)** | **300.00** | **300.00** |
| **Firearms: 1 Shotgun**<br>**Location: 213 Fair St**<br>**Beulah ND 58523** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **mini player piano** | **11 U.S.C. § 522(d)(3)** | **500.00** | **500.00** |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    **Granville Alan Brinkman,**                        Case No.    **15-44496**

        **Robbin Rena Brinkman**

                                  Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Judgment in Stark County, ND Southwest District, Civil No. 45-2014-CV-00040, dated 11/21/14:** | **11 U.S.C. § 522(d)(5)** | **19,972.32** | **1,695,370.00** |
| **Part 1: $1,561,769.76 + interest against Dickinson State University Foundation and Dickinson Investments LLC in favor of Granville Brinkman, Brinkman Investments LLC, and Hawk's Landing I, LLC;** | | | |
| **Part 2: $133,600 + interest against Dickinson Investments LLC in favor of Granville Brinkman and New Care Construction, LLC Debtors share this judgment with the entities described herein and in this Schedule B. The Debtors are showing the value of the judgment once, but point out that Brinkman Investments LLC, Hawk's Landing I, LLC and New Care Construction, LLC are also judgment creditors.** | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Chevy Silverado** | **11 U.S.C. § 522(d)(2)** | **7,350.00** | **7,500.00** |
| **Location: North Dakota** | | | |
| | | | |
| **Animals** | | | |
| **1 Blue Heeler Cattle Dog** | **11 U.S.C. § 522(d)(6)** | **800.00** | **800.00** |
| **Location: 213 Fair St** | | | |
| **Beulah, ND 58523** | | | |
| | | Total: | |
| | | **42,175.00** | **1,717,722.68** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Property Claimed as Exempt

In re    **Granville Alan Brinkman,**                           Case No.    **15-44496**
        **Robbin Rena Brinkman**

                                   Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Serkland Law Firm** <br> **10 Roberts Street** <br> **PO Box 6017** <br> **Fargo, ND 58108-6017** | | C | **Attorney Lien** <br><br> **Judgment in Stark County, ND Southwest District, Civil No. 45-2014-CV-00040, dated 11/21/14** <br> Value $      **1,695,370.00** | | | | **322,791.54** | **0.00** |
| Account No. <br><br> **William Looney** <br> **c/o Goldstein Law** <br> **1800 Cooper Pt Rd SW** <br> **No. 8** <br> **Olympia, WA 98502** | | C | **Deed of Trust** <br><br> **Condominium: 201 Broadway Unit A Tacoma WA  98402** <br> Value $      **275,000.00** | | | | **234,000.00** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

  **0**    continuation sheets attached

|  | Subtotal <br> (Total of this page) | **556,791.54** | **0.00** |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **556,791.54** | **0.00** |

.

In re **Granville Alan Brinkman,**
     **Robbin Rena Brinkman**

Case No. ___15-44496___

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___1___ continuation sheets attached

In re   **Granville Alan Brinkman,**
       **Robbin Rena Brinkman**
                                         **Debtors**

Case No.   **15-44496**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | | | Debtor unsure if balance is owed or refund is due | | | | Unknown | Unknown 0.00 |
| Account No. 113452-3 **Job Services of North Dakota** PO Box 5507 Bismarck, ND 58506 | | | New Care Construction, LLC | | | X | 3,096.83 3,096.83 | 0.00 |
| Account No. **Pierce County Budget & Finance** Attn: Allen Richardson 615 South 9th St., Suite 100 Tacoma, WA 98405 | | | Statutory lien for property taxes owed on 201 Broadway Unit A in Tacoma, WA | | | | 14,564.44 14,564.44 | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 17,661.27 | 17,661.27 0.00 |
| Total (Report on Summary of Schedules) | 17,661.27 | 17,661.27 0.00 |

In re **Granville Alan Brinkman,**
**Robbin Rena Brinkman**

Case No. ___15-44496___

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | personal guaranty | | | | |
| Aldente, LLC c/o The Sullivan Law Firm 701 Fifth Ave. Suite 4600 Seattle, WA 98104 | X | | C | | | | X | 3,400,000.00 |
| Account No. | | | | Notice Only | | | | |
| Allianz Firemans Fund PO Box 7179 Pasadena, CA 91109 | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Almond and Associates Attn: John Almond 207 Broadway Suite 300 Tacoma, WA 98402 | | | C | | | | | 0.00 |
| Account No. | | | | | | | | |
| American Express Credit Card PO Box 981537 El Paso, TX 79998 | | | | | | | | 33.00 |
| __17__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | 3,400,033.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

S/N:39862-150709    Best Case Bankruptcy

In re **Granville Alan Brinkman,**
       **Robbin Rena Brinkman**

Case No. **15-44496**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **American Express Credit Card** PO Box 981537 El Paso, TX 79998 | | | | | | | | 40,852.00 |
| Account No. **AT&T** PO Box 6463 Carol Stream, IL 60197 | | | | Notice Only | | | | 0.00 |
| Account No. **Bank of America** 1800 TAPO Canyon Simi Valley, CA 93063 | | | | Notice Only | | | | 0.00 |
| Account No. **Bank of America** 4161 Piedmont Pkway NC41050314 Greensboro, NC 27410 | | | | Notice Only | | | | 0.00 |
| Account No. **Bank of America Automobile** 9000 Southside BLVD FL96000215 Jacksonville, Fl 32256 | | | | Notice Only | | | | 0.00 |

Sheet no. **1** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**40,852.00**

In re **Granville Alan Brinkman,**
  **Robbin Rena Brinkman**

Case No. _____15-44496_____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Bank of America Credit Card** **PO Box 982238** **El Paso, TX 79998** | | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Bank of America LOC** **1800 TAPO Canyon** **Simi Valley, CA 93063** | | | | | | | 1,576.00 |
| Account No. | | | Notice Only | | | | |
| **Bar C LLC** **PO Box 127** **Golden Valley, ND 58541** | | | | | | | 0.00 |
| Account No. | | | Judgment | | | | |
| **Brian W. Hicks Revocable Trust** **c/o Reed Longyear** **Attn: Jason Burnett** **801 Second Avenue Suite 1415** **Seattle, WA 98104** | | | | | | X | 779,814.19 |
| Account No. | | | Notice Only | | | | |
| **Brinkman Investments LLC** **PO Box 1096** **Tacoma, WA 98401** | | | | | | | 0.00 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

781,390.19

In re **Granville Alan Brinkman,**
**Robbin Rena Brinkman**

Case No. __15-44496__

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BOA LOC | | | | |
| **CACH**<br>**4340 S Monaco 2nd Fl**<br>**Denver, CO 80237** | | | | | | | **15,007.00** |
| Account No. | | | Notice Only | | | | |
| **Casey Ingels**<br>**5700 100th St. SW Suite 330**<br>**Lakewood, WA 98499** | | C | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Chase Credit Card**<br>**2500 Westfield Dr**<br>**Elgin, IL 60124** | | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Chase Home Equity**<br>**PO Box 24696**<br>**Columbus, OH 43224** | | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Chase Home Equity**<br>**PO Box 24696**<br>**Columbus, OH 43224** | | | | | | | **0.00** |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,007.00**

In re   **Granville Alan Brinkman,**
        **Robbin Rena Brinkman**
_____,
Debtors

Case No.    **15-44496**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Chase Mortgage**<br>**PO Box 24696**<br>**Columbus, OH 43224** | | | | | | | | 0.00 |
| Account No.<br><br>**Chase Mortgage**<br>**PO Box 24696**<br>**Columbus, OH 43224** | | | | | | | | 0.00 |
| Account No.<br><br>**Citi-Shell Credit Card**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Coastal Community Bank**<br>**PO Box 12220**<br>**10520 19th Ave. SE**<br>**Everett, WA 98206** | X | C | | Personal guaranty | X | | | 5,021,000.00 |
| Account No.<br><br>**Comenity Bank**<br>**PO Box 182789**<br>**Columbus, OH 43218** | | | | Notice Only | | | | 0.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,021,000.00**

In re **Granville Alan Brinkman,**
    **Robbin Rena Brinkman**

Case No.    **15-44496**

                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Contract Controllers CPA's PS** **PO Box 2878** **Renton, WA 98056** | | | | | | | **9,397.50** |
| Account No. | | | | | | | |
| **Country Financial** **PO Box 2000** **Bloomington, IL 61702** | | | | | | | **Unknown** |
| Account No. | | | Pierce County Judgment 14-2-11700-6 | | | | |
| **Developers Sty & Indem Co** **PO Box 19725** **Irvine, CA 92623** | | | | | | | **10,577.58** |
| Account No. | | | | | | | |
| **Dickinson Elks Building LLC** **PO Box 1096** **Tacoma, WA 98401** | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Dickson Law Group P.S.** **1201 Pacific Ave** **Suite 2050** **Tacoma, WA 98402** | | | | | | | **3,000.00** |

Sheet no. _**5**_ of _**17**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| **22,975.08** |

In re **Granville Alan Brinkman,**
       **Robbin Rena Brinkman**

Case No. **15-44496**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Notice Only | | | | |
| E-Condo Services c/o Kappes Miller PO Box 52705 Bellevue, WA 98015 | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Eisenhower & Carlson, PLLC 1201 Pacific Ave Tacoma, WA 98402 | | | | | | | | 0.00 |
| Account No. | | C | | Notice Only | | | | |
| El Gaucho Tacoma, LLC c/o Mackay Rest. Mgmt Group 2701 First Ave, Suite 3001 Seattle, WA 98121 | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Environmental Associates Inc 1380 - 112 avenue NE Suite 300 Bellevue, WA 98004 | | | | | | | | 2,152.00 |
| Account No. | | | | Notice Only | | | | |
| ESM Consulting Engineers 33400 8th Avenue S Suite 2050 Federal Way, WA 98003 | | | | | | | | 0.00 |

Sheet no. **6** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,152.00**

Best Case Bankruptcy

In re **Granville Alan Brinkman,**
        **Robbin Rena Brinkman**                          Case No. _____15-44496_____
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Notice Only** | | | | |
| **Farmers Union Insurance**<br>**PO Box 3109**<br>**Milwaukee, WI 53201** | | | | | | | | **0.00** |
| Account No. | | | | **Notice Only** | | | | |
| **Frontier MC/Barclays**<br>**PO Box 8803**<br>**Wilmington, DE 19899** | | | | | | | | **2,500.00** |
| Account No. | | | | | | | | |
| **Gordon Thomas Honeywell**<br>**Attn: Margaret Archer**<br>**1201 Pacific Ave, Suite 2100**<br>**Tacoma, WA 98402** | | | | | | | | **17,144.19** |
| Account No. | | | | **Judgment in Pierce County case no. 13-2-14871-0** | | | | |
| **Granville Condominium**<br>**Law Offices of Patricia Army**<br>**4957 Lakemont Blvd SE**<br>**Suite C-4 #133**<br>**Bellevue, WA 98006** | C | | | | | | X | **58,000.00** |
| Account No. | | | | **Notice Only** | | | | |
| **Greenwood Investors, LLC**<br>**PO Box 1969**<br>**Gig Harbor, WA 98335** | C | | | | | | | **0.00** |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **77,644.19**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re **Granville Alan Brinkman,**
     **Robbin Rena Brinkman**

Case No.   **15-44496**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **H & K Collections** <br> **5700 188th St SW B** <br> **Lynnwood, WA 00098-0367** | | | | Merry Maids | | | | 15,856.00 |
| Account No. <br><br> **Hawks Landing I** <br> **PO Box 1096** <br> **Tacoma, WA 98401** | | | | Notice Only | | | | 0.00 |
| Account No. **xxxx-762M** <br><br> **Heley, Duncan & Melander PLLP** <br> **8500 Normandale Lake Boulevard** <br> **Suite 2110** <br> **Minneapolis, MN 55437** | C | | | Legal mediation services | | | | 2,715.80 |
| Account No. <br><br> **Inslee Best Doezie Ryder PS** <br> **10900 NE 4th St #1500** <br> **Bellevue, WA 98004** | | | | Notice Only | | | | 30.00 |
| Account No. <br><br> **Jackie Entzel/Dustin Entzel** <br> **749 Highway 22** <br> **Killdeer, ND 58640** | | | | Notice Only | X | | | 0.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,601.80**

In re **Granville Alan Brinkman,**
         **Robbin Rena Brinkman**

Case No. ___15-44496___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **JC Penneys Card** **PO Box 965007** **Orlando, FL 32896** | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **JMO Development LLC** **PO Box 1096** **Tacoma, WA 98401** | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Judy Olson** **1304 W. Main** **Puyallup, WA 98371** | C | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Ledger Square Law P.S.** **Attn: Jason Whalen** **710 Market Street** **Tacoma, WA 98402** | | | | | | | | 14,250.00 |
| Account No. | | | | | | | | |
| **Lesourd & Patten, P.S.** **Attn: Rob McCallum** **600 University Street** **Suuite 2401** **Seattle, WA 98101** | | | | | | | | 200.00 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,450.00

In re **Granville Alan Brinkman,**
**Robbin Rena Brinkman**

Case No. **15-44496**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Notice Only | | | | |
| **Macy's Department Store** **PO Box 8218** **Mason, OH 45040** | | | | | | | | | 0.00 |
| Account No. | | | | | | | | X | |
| **Maricopa County West Tempe** **8240 S Kyrene Rd** **Tempe, AZ 85284** | | | | | | | | | 6,337.00 |
| Account No. | | | | | Notice Only | | | | |
| **May Investments** **17837 lst Ave. South** **Seattle, WA 98148** | C | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| **Mervyn's Card** **PO Box 965005** **Orlando, FL 32896** | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| **Myron Brinkman** **8525 15th St. SW** **Halliday, ND 58636** | | | | | | | | | 27,600.00 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,937.00**

In re  **Granville Alan Brinkman,**
       **Robbin Rena Brinkman**

Case No. ___15-44496___

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Notice Only | | | | |
| **New Care Construction LLC** **PO Box 1096** **Tacoma, WA 98401** | | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| **New Care Development LLC** **PO Box 1096** **Tacoma, WA 98401** | | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| **New Care Healthcare of ND LLC** **PO Box 1096** **Tacoma, WA 98401** | | | | | | | | | 0.00 |
| Account No. | | | | | Notice Only | | | | |
| **New Care Management LLC** **PO Box 1096** **Tacoma, WA 98401** | | | | | | | | | 0.00 |
| Account No. **7309** | | | | | | | | | |
| **Nordstrom Visa** **PO Box 13589** **Scottsdale, AZ 85067** | | | | | | | | | 9,452.97 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,452.97

In re **Granville Alan Brinkman,**
**Robbin Rena Brinkman**

Case No. **15-44496**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. | | | | Secured by non-estate property | | | | |
| Northwest Investing LLC c/o Reed Longyear Attn: Jason Burnett 801 Second Avenue Suite 1415 Seattle, WA 98104 | | | | | | | | 628,000.00 |
| Account No. | | | | Notice Only | | | | |
| Old Navy  Visa/MC PO Box 965005 Orlando, FL 32896 | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Pierce County Auditor 2401 So 35th St Tacoma, WA 98409 | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Rainer Collections 2300 130th Ave NE PO Box 3622 Bellevue, WA 98009 | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Resource Transition Consultant Attn: Kevin Hanchett 144 Railroad Ave. Suite 310 Edmonds, WA 98020 | C | | | | | | | 0.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**628,000.00**

In re **Granville Alan Brinkman,**        Case No. <u>15-44496</u>
       **Robbin Rena Brinkman**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Select Portfolio Servicing** <br> **10401 Deerwood PAR** <br> **Jacksonville, Fl 32256** | | | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Senior Services of America** <br> **1201 Pacific Ave** <br> **Suite 450** <br> **Tacoma, WA 98402** | | | | Arbitration & Expenses | | | | 90,000.00 |
| Account No. <br><br> **Serkland Law Group** <br> **10 Roberts Street** <br> **PO Box 6017** <br> **Fargo, ND 58108** | | | | | | | | 322,791.54 |
| Account No. <br><br> **Sharp Properties LLC** <br> **PO Box 1096** <br> **Tacoma, WA 98401** | | | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Shillito Law** <br> **Attn: Noel Shillito** <br> **1919 North Pearl St. C-2** <br> **Tacoma, WA 98406** | | | | | | | | 2,340.00 |

Sheet no. <u>13</u> of <u>17</u> sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     (Total of this page)     **415,131.54**

In re **Granville Alan Brinkman,**          Case No. <u>15-44496</u>
       **Robbin Rena Brinkman**

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| **SiriusXM**<br>**PO Box 78054**<br>**Phoenix, AR 85062** | | | | | | | | **0.00** |
| Account No. | | | | Expert Witnesses | | | | |
| **Sliwoski and Stumphf CPAs**<br>**1321 23rd St S**<br>**Suite D**<br>**Fargo, ND 58103** | | | | | | | | **37,074.30** |
| Account No. | | | | Notice Only | | | | |
| **Smith Alling P.S.**<br>**1102 Broadway Plaza #403**<br>**Tacoma, WA 98402** | | | | | | | | **0.00** |
| Account No. | | | | Notice Only | | | | |
| **Standard Textile**<br>**One Knollcrest Drive**<br>**Cincinnati, OH 45237** | | | | | | | | **0.00** |
| Account No. | | | | Notice Only | | | | |
| **Stanley Access Technology**<br>**2860 River Rd**<br>**Suite 200**<br>**Des Plaines, IL 60018** | | | | | | | | **0.00** |

Sheet no. <u>14</u> of <u>17</u> sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                 Subtotal
                                   (Total of this page)     **37,074.30**

In re **Granville Alan Brinkman,**
     **Robbin Rena Brinkman**

Case No.   **15-44496**

                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stuart Kastner** <br> **701 5th Ave** <br> **Seattle, WA 98104** | | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Sunbelt Rentals Inc.** <br> **19265 Wdnville-Snohomish Rd** <br> **Woodinville, WA 98072** | | | **Pierce County Judgment #14-9-04109-9** | | | | **19,430.97** |
| Account No. <br><br> **Tacoma Plumbing and Heating Inc** <br> **1817 112th St E** <br> **Suite G** <br> **Tacoma, WA 98445** | | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **TCM Bank** <br> **PO Box 31481** <br> **Tampa, Fl 33631** | | | | | | | **1,974.00** |
| Account No. <br><br> **The Nathanson Group** <br> **One Union Square** <br> **600 University St Suite 2000** <br> **Seattle, WA 98101** | | | **Notice Only** | | | | **0.00** |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,404.97**

In re **Granville Alan Brinkman,**
         **Robbin Rena Brinkman**
                                                    Case No. ___15-44496___

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pierce County Judgment case #12-2-06973-1 | | | | |
| **Union Bank c/o Assayag Maus LLP Three Centerpointe Dr. Suite 190 Lake Oswego, OR 97035** | X | | | | | | | 419,577.00 |
| Account No. | | | | Notice Only | | | | |
| **Walter Sharp 201 Broadway Unit A Tacoma, WA 98402** | | C | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Well Fargo Credit Card 4143 121st ST Urbandale, IA 50323** | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Well Fargo Credit Card PO Box 660041 Dallas, TX 75266** | | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| **Wells Fargo 7255 Baymeadows WA PO Box 10335 Des Moines, IA 50306** | | | | | | | | 0.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        419,577.00

In re   **Granville Alan Brinkman,**
        **Robbin Rena Brinkman**
_____,
               Debtors

Case No.    **15-44496**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | **Preferred Copier Systems** | | | | |
| **Wells Fargo Leasing Inc. 2536 73rd Street Des Moines, IO 50322** | | | | | | | | X | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __**17**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

Total
(Report on Summary of Schedules)     **10,958,683.04**

In re    **Granville Alan Brinkman,**            Case No.    __15-44496__
      **Robbin Rena Brinkman**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Brian W. Hicks Revocable Trust**<br>**c/o Reed Longyear**<br>**Attn: Jason Burnett**<br>**801 Second Avenue Suite 1415**<br>**Seattle, WA 98104** | **Settlement Agreement and Release, dated July 28, 2014, by and between Brinkman Investments, LLC, Sharp Properties, LLC, Beaver and Robbin Brinkman, Walter Sharp, and the Brian W. Hicks Revocable Trust;**<br>**Upon sale of Sharp Properties LLC's Lots 5-15, Debtors to receive Partial Satisfaction of Hicks Judgment ($365,000) and will transfer title of condo unit 201A to Walter Sharp.** |
| **Brinkman Investments LLC**<br>**PO Box 1096**<br>**Tacoma, WA 98401** | **Settlement Agreement and Release, dated July 28, 2014, by and between Brinkman Investments, LLC, Sharp Properties, LLC, Beaver and Robbin Brinkman, Walter Sharp, and the Brian W. Hicks Revocable Trust;**<br>**Upon sale of Sharp Properties LLC's Lots 5-15, Debtors to receive Partial Satisfaction of Hicks Judgment ($365,000) and will transfer title of condo unit 201A to Walter Sharp.** |
| **Canyon Road Self Storage**<br>**5303 144th Street E**<br>**Tacoma, WA 98446** | **Monthly rental of storage unit #204 ($148/mo)** |
| **Fair Street Rental**<br>**213 Fair Street SE**<br>**Beulah, ND 58523** | **Lesee on residential lease $1150/mo; signed 07/1/2015, expires 07/1/2016** |
| **Jackie Entzel**<br>**749 Highway 22**<br>**Killdeer, ND 58640** | **Debtors' entity, Bar C, LLC, owes Ms. Entzel $161,500 for the purchase of 53 Black Angus cows in October 2014. Debtors took delivery as an ultra vires act on behalf of the not-yet-formed Bar C, LLC. Debtors believe this agreement to be an executory contract of Bar C, LLC.** |
| **Public Storage #08530**<br>**1235 S Sprague**<br>**Tacoma, WA 98405** | **Monthly rental of storage unit #602 ($410/mo)** |
| **Select Portfolio Servicing Inc**<br>**3815 South West Temple**<br>**Salt Lake City, UT 84115-4412** | **Occupant Move-Out Agreement, SPS loan #-5979, dated Oct. 1, 2015; debtors will surrender possession of property located at 207 Broadway #600 in Tacoma, WA on 10/26/15 and SPS will pay debtors $5000.** |

  **1**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Granville Alan Brinkman,**
      **Robbin Rena Brinkman**

Case No.   **15-44496**

Debtors ,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Sharp Properties LLC**<br>**PO Box 1096**<br>**Tacoma, WA 98401** | **Settlement Agreement and Release, dated July 28, 2014, by and between Brinkman Investments, LLC, Sharp Properties, LLC, Beaver and Robbin Brinkman, Walter Sharp, and the Brian W. Hicks Revocable Trust;**<br>**Upon sale of Sharp Properties LLC's Lots 5-15, Debtors to receive Partial Satisfaction of Hicks Judgment ($365,000) and will transfer title of condo unit 201A to Walter Sharp.** |
| **Walter Sharp**<br>**201 Broadway Unit A**<br>**Tacoma, WA 98402** | **Settlement Agreement and Release, dated July 28, 2014, by and between Brinkman Investments, LLC, Sharp Properties, LLC, Beaver and Robbin Brinkman, Walter Sharp, and the Brian W. Hicks Revocable Trust;**<br>**Upon sale of Sharp Properties LLC's Lots 5-15, Debtors to receive Partial Satisfaction of Hicks Judgment ($365,000) and will transfer title of condo unit 201A to Walter Sharp.** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Granville Alan Brinkman,**                            Case No.    **15-44496**
         **Robbin Rena Brinkman**

Debtors ,

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Arthur & Debbie Heitlauf**<br>**6707 60th Ave NW**<br>**Gig Harbor, WA 98335** | **Coastal Community Bank**<br>**PO Box 12220**<br>**10520 19th Ave. SE**<br>**Everett, WA 98206** |
| **Carol & Matt Peckinpaugh**<br>**12502 Nuthatch Dr NW**<br>**Gig Harbor, WA 98332** | **Coastal Community Bank**<br>**PO Box 12220**<br>**10520 19th Ave. SE**<br>**Everett, WA 98206** |
| **Greenwood Investors, LLC**<br>**PO Box 1969**<br>**Gig Harbor, WA 98335** | **Coastal Community Bank**<br>**PO Box 12220**<br>**10520 19th Ave. SE**<br>**Everett, WA 98206** |
| **Judy Olson**<br>**1304 W. Main**<br>**Puyallup, WA 98371** | **Union Bank**<br>**c/o Assayag Maus LLP**<br>**Three Centerpointe Dr.**<br>**Suite 190**<br>**Lake Oswego, OR 97035** |
| **May Investments**<br>**17837 Ist Ave. South**<br>**Seattle, WA 98148** | **Aldente, LLC**<br>**c/o The Sullivan Law Firm**<br>**701 Fifth Ave. Suite 4600**<br>**Seattle, WA 98104** |
| **Roger May**<br>**17837 Ist Ave. South**<br>**Seattle, WA 98148** | **Aldente, LLC**<br>**c/o The Sullivan Law Firm**<br>**701 Fifth Ave. Suite 4600**<br>**Seattle, WA 98104** |
| **Steve Schafer**<br>**4605 SE Fernridge Ct**<br>**Camas, WA 98607** | **Coastal Community Bank**<br>**PO Box 12220**<br>**10520 19th Ave. SE**<br>**Everett, WA 98206** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

Debtor 1    **Granville Alan Brinkman**

Debtor 2    **Robbin Rena Brinkman**
(Spouse, if filing)

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number    **15-44496**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                         12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | **Employment status**<br>■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | | **Occupation** **self-employed** | **self-employed** |
| | | **Employer's name** **Bar C, LLC** | **Bar C, LLC** |
| | | **Employer's address** **PO Box 127**<br>**Golden Valley, ND 58541** | **PO Box 127**<br>**Golden Valley, ND 58541** |
| | | How long employed there?    **11 months** | **11 months** |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $    **0.00** | $    **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$    **0.00** | +$    **0.00** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $    **0.00** | $    **0.00** |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 674.00 |
| 8h. **Other monthly income.** Specify: **New Care Management LLC loan repayment** | 8h.+ | $ 2,457.92 + | $ 0.00 |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,457.92 | $ 674.00 |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| **10. Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,457.92 | + | $ 674.00 | = | $ 3,131.92 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:
11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies.
12. $ 3,131.92

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain:

> Greenwood Investors LLC: ~$31,800 quarterly distribution expected to resume;
> Bar C, LLC: ~$20,000 capital contribution repayment expected from sale of calves at end of
> October 2015

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Granville Alan Brinkman** |
| Debtor 2 (Spouse, if filing) | **Robbin Rena Brinkman** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (If known) | **15-44496** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses
**12/13**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No<br>☐ Yes |
   | _____ | _____ | ☐ No<br>☐ Yes |
   | _____ | _____ | ☐ No<br>☐ Yes |
   | _____ | _____ | ☐ No<br>☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | Your expenses |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $ **1,150.00**

   If not included in line 4:

   | 4a. | Real estate taxes | 4a. $ | 0.00 |
   |---|---|---|---|
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 31.33 |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |

5. Additional mortgage payments for your residence, such as home equity loans

   5. $ 0.00

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 117.36 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 60.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 464.73 |
| | 6d. | Other. Specify: **Puget Sound Energy - Tacoma- until 10/30/15** | 6d. $ | 20.71 |
| | | **Tacoma Pub Utilities - Tacoma-- until 10/30/15** | $ | 121.77 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 300.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 172.33 |
| | 15b. | Health insurance | 15b. $ | 402.00 |
| | 15c. | Vehicle insurance | 15c. $ | 89.91 |
| | 15d. | Other insurance. Specify: **Metlife Dental -- Robbin** | 15d. $ | 42.00 |
| | | **Country Life Beaver** | $ | 144.00 |
| | | **Country Life Robbin** | $ | 99.00 |
| | | **Country Life Adrienne** | $ | 19.08 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: **Public Storage unit** | 17c. $ | 410.00 |
| | 17d. | Other. Specify: **Canyon Storage unit** | 17d. $ | 148.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I: Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Travel Expenses** | | 21. +$ | 200.00 |
| | | **Family Birthday/Holiday** | +$ | 200.00 |
| | | **Dog Expense** | +$ | 50.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 6,842.22 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,131.92 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 6,842.22 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -3,710.30 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes. Explain: **No utility expenses for Tacoma condo after 10/30/15 (~$150/mo); storage units in Tacoma will be replaced by storage units in ND-- cost likely to decrease; may owe federal income taxes and will have to pay them.**

# United States Bankruptcy Court
## Western District of Washington

In re    **Granville Alan Brinkman**
       **Robbin Rena Brinkman**                               Case No.    **15-44496**
                                      Debtor(s)         Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **44** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 13, 2015**            Signature    **/s/ Granville Alan Brinkman**
                                                  **Granville Alan Brinkman**
                                                  Debtor

Date   **October 13, 2015**            Signature    **/s/ Robbin Rena Brinkman**
                                                  **Robbin Rena Brinkman**
                                                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    Granville Alan Brinkman
       Robbin Rena Brinkman                      Case No.    **15-44496**

                                      Debtor(s)              Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT             SOURCE

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$73,881.96** | **2015 Husband Greenwood Investments LLC** |
| **$124,092.00** | **2014 Husband Greenwood Investments LLC** |
| **$123,688.00** | **2013 Husband Greenwood Investments LLC** |

| AMOUNT | SOURCE |
|---|---|
| $2,800.00 | 2015 Husband El Gaucho LLC |
| $5,521.00 | 2014 Husband El Gaucho LLC |
| $5,177.00 | 2013 Husband El Gaucho LLC |
| $30,000.00 | 2013 Husband Hawks Landing I LLC |
| $30,000.00 | 2013 Husband Brinkman Investments LLC |
| $6,740.00 | 2015 Wife Veterans Disability Income |
| $7,956.00 | 2014 Wife Veterans Disability Income |
| $7,704.00 | 2013 Wife Veterans Disability Income |
| $17,214.28 | 2014 Wife Lincoln National Life Insurance Father Life Insurance Policy |
| $22.23 | 2014 Wife Minnesota Life Insurance Father Life Insurance Policy |
| $80,352.64 | 2014 Wife Mellon Disbursement Agent Cashed In Retirement |
| $8,708.23 | 2014 Wife Vanguard Retirement |
| $15,000.00 | 2015 Wife Deceased Father's Inheritance Funds |
| $39,068.43 | 2013 Husband New Care Management LLC |
| $8,400.00 | 2013 Husband New Care Management LLC-- loan repayments |
| $9,600.00 | 2014 Husband New Care Management LLC-- loan repayments |
| $12,289.99 | 2015 Husband New Care Management LLC-- loan repayments |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*   *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Aldente, LLC v. Granville Brinkman and Robbin Brinkman, Cause No. 15-2-23007-7 SEA, Complaint for Damages** | **Loan guaranty** | **King County Superior** | **Filed 9/18/15, not yet served** |
| **Brinkman Investments LLC; Hawk's Landing I, LLC; New Care Health Care of North Dakota, LLC; New Care Management, LLC; and Granville Brinkman vs. Dickinson Investments LLC; Dickinson State University Foundation; Signal Butte, LLC; PKPND, LLC; SW Business Machines; Gail Ebeltoft; and Arikota, LLP, Civil No. 45-2014-CV-00040** | | **Stark County, ND Southwest District, Civil No. 45-2014-CV-00040** | **Judgment dated 11/21/14: $1,561,769.76 + interest against Dickinson State University Foundation and Dickinson Investments LLC in favor of Granville Brinkman, Brinkman Investments LLC, and Hawk's Landing I, LLC; $133,600 against Dickinson Investments LLC in favor of Granville Brinkman and New Care Construction, LLC** |
| **Sunbelt Rentals, Inc. v. New Care Construction, LLC; Granville Brinkman; and Jane Doe Brinkman, case no. 14-2-08288-1** | | **Pierce County Superior** | **Judgment #14-9-04109-9** |
| **Granville Condominium. v. Granville Brinkman and Robbin Brinkman, case no. 13-2-14871-0** | **HOA foreclosure** | **Pierce County Superior** | **Judgment** |
| **Union Bank, NA v. Granville Brinkman; Judy M. Olson dba JMO Enterprises; and Judy Olson, case no. 12-2-06973-1** | | **Pierce County Superior** | **Judgment 2013** |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Brian W. Hicks Revocable Trust**<br>**c/o Reed Longyear**<br>**Attn: Jason Burnett**<br>**801 Second Avenue Suite 1415**<br>**Seattle, WA 98104** | 6/25/15 | **Execution sale of debtors' interest in Brinkman Investments, LLC: $2,500 (Judgment in King County Superior case #14-2-07850-1 in the amount of $735,876.61)** |
| **Brian W. Hicks Revocable Trust**<br>**c/o Reed Longyear**<br>**Attn: Jason Burnett**<br>**801 Second Avenue Suite 1415**<br>**Seattle, WA 98104** | 7/9/15 | **Charging order against debtors' interest in Greenwood Investors, LLC (Judgment in King County Superior case #14-2-07850-1 in the amount of $735,876.61)** |
| **Brian W. Hicks Revocable Trust**<br>**c/o Reed Longyear**<br>**Attn: Jason Burnett**<br>**801 Second Avenue Suite 1415**<br>**Seattle, WA 98104** | | **Charging order against debtors' interest in El Gaucho Tacoma, LLC (Judgment in King County Superior case #14-2-07850-1 in the amount of $735,876.61)** |
| **Brian W. Hicks Revocable Trust**<br>**c/o Reed Longyear**<br>**Attn: Jason Burnett**<br>**801 Second Avenue Suite 1415**<br>**Seattle, WA 98104** | 9/25/15 | **Charging order against debtors' interest in New Care Construction, LLC (Judgment in King County Superior case #14-2-07850-1 in the amount of $735,876.61)** |
| **Brian W. Hicks Revocable Trust**<br>**c/o Reed Longyear**<br>**Attn: Jason Burnett**<br>**801 Second Avenue Suite 1415**<br>**Seattle, WA 98104** | | **Charging order against debtors' interest in Hawks Landing I, LLC (Judgment in King County Superior case #14-2-07850-1 in the amount of $735,876.61)** |
| **Brian W. Hicks Revocable Trust**<br>**c/o Reed Longyear**<br>**Attn: Jason Burnett**<br>**801 Second Avenue Suite 1415**<br>**Seattle, WA 98104** | 9/8/15 | **Notice of Sheriff's Sale, scheduled for 9/29/15, against debtors' interest in Judgment in Stark County, ND Southwest District, Civil No. 45-2014-CV-00040, dated 11/21/14, against Dickinson State University Foundation and Dickinson Investments LLC in favor of Granville Brinkman, Brinkman Investments LLC, New Care Construction, LLC, and Hawk's Landing I, LLC. $133,600 against Dickinson Investments LLC in favor of Granville Brinkman and New care Construction, LLC** |

---

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Select Portfolio Servicing Inc**<br>**3815 South West Temple**<br>**Salt Lake City, UT 84115-4412** | 9/11/15 | **Foreclosure of condo-- 207 Broadway #600 in Tacoma, WA;**<br>**Value: $900,000;**<br>**Debtors to relinquish possession on 10/26/15** |
| **Union Bank**<br>**c/o Wilma Snider, Special Assets**<br>**332 Sw Everett Mall Way Bldg A**<br>**Everett, WA 98213** | 01/1/2014 | **Commercial Property 6 lots for development Owned 50% of JMO Development LLC**<br>**Value: 0** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Resource Transition Consultants, LLC Attn: Kevin Hanchett 144 Railroad Ave. Suite 310 Edmonds, WA 98020** | **In the General Receivership of Sharp Properties, LLC, Pierce County Superior Court #15-2-08699-1** | **5/20/15** | **Brinkman Investments, LLC put assets of Sharp Properties, LLC into receivership (Value: $1,500,000)** |
| **Sean O. Smith, Attorney Tschider & Smith 418 E. Rosser Ave., Ste. 200 Bismarck, ND 58501-4046** | **State of North Dakota ex. rel. Wayne Stenehjem, Attorney general, vs. Dickinson State University Foundation, Civil No. 45-2014-CV-00873** | **12/3/2014** | **estimated $112,000** |

**7. Gifts**

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Wounded Warriors** | | **07/1/2015** | **$19.42/mo** |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Riordan Law PS 600 Stewart St. Suite 1300 Seattle, WA 98101** | **9/27/15** | **$5,252 pre-petition legal services** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Rob Dickson**<br>**1201 Pacific Ave**<br>**Suite 450**<br>**Tacoma, WA 98402**<br>**Attorney** | **possession: 2/13/15;**<br>**title: 6/10/15** | **2006 Ford F-150; value: $15,082;**<br>**transferred to Rob Dickson/Dickson Law as**<br>**payment for attorney's fees** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Heritage Bank**<br>**Po Box 9188**<br>**Tacoma, WA 98409** | **Checking**<br>**Final Balance: 0** | **0**<br>**01/1/2015** |

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **Bank Of America**<br>**3130 S 23Rd**<br>**Tacoma, WA 98405** | **Granville And Robbin Brinkman** | **Empty** | |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Jackie Entzel/Dustin Entzel<br>749 Highway 22<br>Killdeer, ND 58640** | **Debtors' entity, Bar C, LLC, is holding livestock for Jackie Enzel/Dustin Entzel for payment of $161,500 from Bar C, LLC to Jackie Enzel.** | **North Dakota** |
| **Wells Fargo Leasing Inc.<br>2536 73rd Street<br>Des Moines, IO 50322** | **Copier leased by Debtors' former entity, New Care Construction LLC; creditor will not accept return. Unknown value.** | **Public Storage #08530<br>unit #602<br>1235 S Sprague, Tacoma WA** |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1461 2nd Ave W<br>Dickinson, ND 58601** | **Granville Alan Brinkman<br>Robbin Rena Brinkman** | **05/2012 - 07/2013** |
| **1501 Abraham Parkway<br>#1<br>Dickinson, ND 58601** | **Granville Alan Brinkman<br>Robbin Rena Brinkman** | **7/2013 Thru 7/2015** |
| **207 Broadway<br>Unit 600<br>Tacoma, WA 98402** | **Granville Alan Brinkman<br>Robbin Rena Brinkman** | **11/2006 To 10/2015** |
| **213 Fair Street SE<br>Beulah, ND 58523** | **Granville Alan Brinkman<br>Robbin Rena Brinkman** | **7/2015 To Present** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Dickinson Elks Building, LLC** | 20-2447349 | **103 1st Ave Dickinson, ND 58601** | **Renovate, Restore & Develop Building - Building Located At 103 1St Ave W, Dickinson Nd 58601** | **12/5/2006 - present** |
| **New Care Development, LLC** | 20-3892189 | **PO Box 1096 Tacoma, WA 98401** | **Senior Housing Development** | **12/5/2005 - present** |
| **New Care Management, LLC** | 20-3892128 | **PO Box 1096 Tacoma, WA 98401** | **Senior Housing Management** | **12/5/2005 - present** |
| **New Care Consulting, LLC** | 20-3892156 | **PO Box 1096 Tacoma, WA 98401** | **Consulting** | **12/5/2005  - present** |
| **New Care Healthcare Of North Dakota, LLC** | 20-3892224 | **PO Box 1096 Tacoma, WA 98401** | **Senior Housing Facility Mgt.** | **12/5/2005 - present** |
| **Brinkman Investments, LLC** | 20-8346658 | **PO Box 1096 Tacoma, WA 98401** | **Investment Entity - 14.08% Investor In Dickinson Investments And Sharp Properties.** | **12/5/2005 - present** |
| **Hawks Landing I, LLC** | 20-8346658 | **PO Box 1096 Tacoma, WA 98401** | **commercial development** | **03/21/2006 - present** |
| **New Care Construction, LLC** | 20-3896437 | **PO Box 1096 Tacoma, WA 98401** | **Construction** | **12/1/2005 - 2014** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Sharp Properties, LLC | 20-2299142 | PO Box 1096 Tacoma, WA 98401 | Commercial Property Tacoma Wa | 01/31/2005 - present |
| JMO Development, LLC | 20-5451461 | PO Box 1096 Tacoma, WA 98401 | Commerical Property | 08/22/2006 - present |
| Bar C Ranch, LLC | 42-3838983 | PO Box 127 Golden Valley, ND 58541 | Livestock and Ranching | 04/14/2015 - present |
| Granville Building, LLC | 20-1963120 | PO Box 1096 Tacoma, WA 98401 | six-unit high-rise condo in Tacoma | 2/25/2005-- inactive 4/1/11 |
| El Gaucho Tacoma, LLC | 73-1635991 | c/o Mackay Restaurant Mgmt Group Inc 2701 First Ave, Suite 3001 Seattle, WA 98121 | restaurant | ~2002 - present |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                    DATES SERVICES RENDERED
**Contract Controllers CPA's PS**                   **2005 - present**
**PO Box 2878**
**Renton, WA 98056**

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS
**Contract Controllers CPA's PS**                   **PO Box 2878**
                                                    **Renton, WA 98056**

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Coastal Community Bank**<br>**PO Box 12220**<br>**10520 19th Ave. SE**<br>**Everett, WA 98206** | **10/2014** |
| **Select Portfolio Servicing Inc**<br>**3815 South West Temple**<br>**Salt Lake City, UT 84115-4412** | **2014** |
| **Gordon Thomas Honeywell**<br>**Attn: Margaret Archer**<br>**1201 Pacific Ave, Suite 2100**<br>**Tacoma, WA 98402** | **2015** |

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**October 13, 2015**__                    Signature    __**/s/ Granville Alan Brinkman**__
                                                               **Granville Alan Brinkman**
                                                               Debtor

Date  __**October 13, 2015**__                    Signature    __**/s/ Robbin Rena Brinkman**__
                                                               **Robbin Rena Brinkman**
                                                               Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Washington

In re    **Granville Alan Brinkman**
**Robbin Rena Brinkman**

Case No.   **15-44496**

Debtor(s)

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,252.00** |
| Prior to the filing of this statement I have received | $ | **5,252.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 13, 2015**

**/s/ Nathan Riordan**
**Nathan Riordan**
**Riordan Law, PS**
**600 Stewart**
**#1300**
**Seattle, WA 98101**
**206-903-0401  Fax: 206-219-4141**
**nate@riordan-law.com**

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Western District of Washington

In re     **Granville Alan Brinkman**
        **Robbin Rena Brinkman**                            Case No.   **15-44496**

                                           Debtor(s)                  Chapter   **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Granville Alan Brinkman**
**Robbin Rena Brinkman**                          X   **/s/ Granville Alan Brinkman**           **October 13, 2015**

Printed Name(s) of Debtor(s)                        Signature of Debtor                      Date

Case No. (if known)   **15-44496**                    X   **/s/ Robbin Rena Brinkman**             **October 13, 2015**

                                                               Signature of Joint Debtor (if any)         Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Western District of Washington

| | | | |
|---|---|---|---|
| In re | **Granville Alan Brinkman**<br>**Robbin Rena Brinkman** | Case No. | **15-44496** |
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **October 13, 2015**

**/s/ Granville Alan Brinkman**
**Granville Alan Brinkman**
Signature of Debtor

Date: **October 13, 2015**

**/s/ Robbin Rena Brinkman**
**Robbin Rena Brinkman**
Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy