B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re: **Granville Alan Brinkman / Robbin Rena Brinkman**, Debtor(s)

Case No. **15-44496**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aldente, LLC<br>c/o The Sullivan Law Firm<br>701 Fifth Ave. Suite 4600<br>Seattle, WA 98104 | Aldente, LLC<br>c/o The Sullivan Law Firm<br>701 Fifth Ave. Suite 4600<br>Seattle, WA 98104 | personal guaranty | Disputed | 3,400,000.00 |
| American Express Credit Card<br>PO Box 981537<br>El Paso, TX 79998 | American Express Credit Card<br>PO Box 981537<br>El Paso, TX 79998 | | | 40,852.00 |
| Brian W. Hicks Revocable Trust<br>c/o Reed Longyear<br>Attn: Jason Burnett<br>801 Second Avenue Suite 1415<br>Seattle, WA 98104 | Brian W. Hicks Revocable Trust<br>c/o Reed Longyear<br>Attn: Jason Burnett<br>Seattle, WA 98104 | | Disputed | 779,814.19 |
| CACH<br>4340 S Monaco 2nd Fl<br>Denver, CO 80237 | CACH<br>4340 S Monaco 2nd Fl<br>Denver, CO 80237 | BOA LOC | | 15,007.00 |
| Coastal Community Bank<br>PO Box 12220<br>10520 19th Ave. SE<br>Everett, WA 98206 | Coastal Community Bank<br>PO Box 12220<br>10520 19th Ave. SE<br>Everett, WA 98206 | Personal guaranty on Greenwood Investors loan | Contingent | 5,021,000.00 |
| Contract Controllers CPA's PS<br>PO Box 2878<br>Renton, WA 98056 | Contract Controllers CPA's PS<br>PO Box 2878<br>Renton, WA 98056 | Notice Only | | 9,397.50 |
| Developers Sty & Indem Co<br>PO Box 19725<br>Irvine, CA 92623 | Developers Sty & Indem Co<br>PO Box 19725<br>Irvine, CA 92623 | Pierce County Judgment 14-2-11700-6 | | 10,577.58 |
| Gordon Thomas Honeywell<br>Attn: Margaret Archer<br>1201 Pacific Ave, Suite 2100<br>Tacoma, WA 98402 | Gordon Thomas Honeywell<br>Attn: Margaret Archer<br>1201 Pacific Ave, Suite 2100<br>Tacoma, WA 98402 | | | 17,144.19 |

In re **Granville Alan Brinkman**
**Robbin Rena Brinkman**

Case No. **15-44496**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Granville Condominium<br>Law Offices of Patricia Army<br>4957 Lakemont Blvd SE<br>Suite C-4 #133<br>Bellevue, WA 98006 | Granville Condominium<br>Law Offices of Patricia Army<br>4957 Lakemont Blvd SE<br>Bellevue, WA 98006 | Judgment in Pierce County case no. 13-2-14871-0 | Disputed | 58,000.00 |
| H & K Collections<br>5700 188th St SW B<br>Lynnwood, WA 00098-0367 | H & K Collections<br>5700 188th St SW B<br>Lynnwood, WA 00098-0367 | Merry Maids debt | | 15,856.00 |
| Ledger Square Law P.S.<br>Attn: Jason Whalen<br>710 Market Street<br>Tacoma, WA 98402 | Ledger Square Law P.S.<br>Attn: Jason Whalen<br>710 Market Street<br>Tacoma, WA 98402 | | | 14,250.00 |
| Myron Brinkman<br>8525 15th St. SW<br>Halliday, ND 58636 | Myron Brinkman<br>8525 15th St. SW<br>Halliday, ND 58636 | | | 27,600.00 |
| Nordstrom Visa<br>PO Box 13589<br>Scottsdale, AZ 85067 | Nordstrom Visa<br>PO Box 13589<br>Scottsdale, AZ 85067 | | | 9,452.97 |
| Northwest Investing LLC<br>c/o Reed Longyear<br>Attn: Jason Burnett<br>801 Second Avenue Suite 1415<br>Seattle, WA 98104 | Northwest Investing LLC<br>c/o Reed Longyear<br>Attn: Jason Burnett<br>Seattle, WA 98104 | Secured by non-estate property | | 628,000.00 |
| Pierce County Budget & Finance<br>Attn: Allen Richardson<br>615 South 9th St., Suite 100<br>Tacoma, WA 98405 | Pierce County Budget & Finance<br>Attn: Allen Richardson<br>615 South 9th St., Suite 100<br>Tacoma, WA 98405 | Statutory lien for property taxes owed on 201 Broadway Unit A in Tacoma, WA | | 14,564.44 |
| Senior Services of America<br>1201 Pacific Ave<br>Suite 450<br>Tacoma, WA 98402 | Senior Services of America<br>1201 Pacific Ave<br>Suite 450<br>Tacoma, WA 98402 | Arbitration & Expenses | | 90,000.00 |
| Serkland Law Group<br>10 Roberts Street<br>PO Box 6017<br>Fargo, ND 58108 | Serkland Law Group<br>10 Roberts Street<br>PO Box 6017<br>Fargo, ND 58108 | | | 322,791.54 |
| Sliwoski and Stumphf CPAs<br>1321 23rd St S<br>Suite D<br>Fargo, ND 58103 | Sliwoski and Stumphf CPAs<br>1321 23rd St S<br>Suite D<br>Fargo, ND 58103 | Expert Witnesses | | 37,074.30 |
| Sunbelt Rentals Inc.<br>19265 Wdnville-Snohomish Rd<br>Woodinville, WA 98072 | Sunbelt Rentals Inc.<br>19265 Wdnville-Snohomish Rd<br>Woodinville, WA 98072 | Pierce County Judgment #14-9-04109-9 | | 19,430.97 |

B4 (Official Form 4) (12/07) - Cont.

In re **Granville Alan Brinkman**
**Robbin Rena Brinkman**
Debtor(s)

Case No. **15-44496**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Union Bank<br>c/o Assayag Maus LLP<br>Three Centerpointe Dr.<br>Suite 190<br>Lake Oswego, OR 97035 | Union Bank<br>c/o Assayag Maus LLP<br>Three Centerpointe Dr.<br>Lake Oswego, OR 97035 | Pierce County Judgment case #12-2-06973-1 | | 419,577.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Granville Alan Brinkman** and **Robbin Rena Brinkman**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date **October 13, 2015**       Signature
  **Granville Alan Brinkman**
  Debtor

Date **October 13, 2015**       Signature
  **Robbin Rena Brinkman**
  Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.