**Below is the Order of the Court.**

_Brian D. Lynch_
_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | No. 15-44496 |
| GRANVILLE AND ROBBIN BRINKMAN, | SETTING DEADLINE AND BAR DATE BY WHICH PROOFS OF CLAIM AND INTEREST MUST BE FILED |
| Debtors. | |

THIS MATTER having come on *Ex Parte* before the Court on the motion of the Debtors, by and through its attorney of record, Nathan Riordan, for entry of an *Ex Parte* order setting the deadline and bar date for the filing of proofs of claim, pursuant to FRBP 3003, and this motion having been considered by the Court, now therefore, it is

ORDERED, ADJUDGED, AND DECREED that proofs of claim of all creditors listed in the Debtors' schedules and any that may exist that are not listed but that have actual knowledge of the Debtors' Bankruptcy Case and who continue to assert claims against the Debtor and whose claims are listed now as contingent, unliquidated, or disputed, except for any claims that may arise from the rejection, after this date, of an executory contract, unexpired lease, or a recovery under §§ 544, 547, or

SETTING DEADLINE AND BAR DATE BY WHICH
PROOFS OF CLAIM AND INTEREST MUST BE FILED

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Page 1 of 2

Case 15-44496-BDL    Doc 34    Filed 10/29/15    Ent. 10/29/15 15:23:41    Pg. 1 of 2

548 of the Code, and except for governmental claims, **SHALL** be field with the Clerk of the Bankruptcy Court on or before **January 5, 2016**; and it is further

ORDERED, ADJUDGED, AND DECREED that within seven (7) days after the entry of this order the Debtors shall give notice to all creditors and interest holders known to it by mailing a copy of the NOTICE OF FIXING OF DEADLINE AND BAR DATE BY WHICH PROOFS OF CLAIM MUST BE FILED, attached to this order as **Exhibit A,** and to those parties in interest that have filed a request for notice with the Court, at their addresses appearing upon the records of the Debtors, in the Court record or otherwise known to the Debtors.

/// End of Order ///

Presented by:

*/s/ Nathan T. Riordan*

Nathan T. Riordan, WSBA #33926
Attorney for Debtors
RIORDAN LAW, PS
600 Stewart St., Suite 1300
Seattle, WA 98101
(206) 903-0401

SETTING DEADLINE AND BAR DATE BY WHICH
PROOFS OF CLAIM AND INTEREST MUST BE FILED

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Page 2 of 2

Case 15-44496-BDL    Doc 34    Filed 10/29/15    Ent. 10/29/15 15:23:41    Pg. 2 of 2