The Honorable Brian Lynch
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>GRANVILLE AND ROBBIN BRINKMAN,<br><br><br>Debtors. | No.   15-44496<br><br>NOTICE OF DEADLINE AND BAR DATE BY WHICH PROOFS OF CLAIM AND INTEREST MUST BE FILED |

TO:   ALL CREDITORS, THE UNITED STATES TRUSTEE, ALL PARTIES IN INTEREST AND THOSE REQUESTING SPECIAL NOTICES.

PLEASE TAKE NOTICE that the Honorable Brian D. Lynch, United States Bankruptcy Judge, United States Bankruptcy Court, has granted the Debtors' *ex parte* motion for an order fixing the **DEADLINE** and **BAR DATE** by which proofs of claim and interests must be filed by creditors and equity security interest holders listed in the Debtors' schedules as **contingent, unliquidated,** or **disputed,** and by which any person or entity (CLAIMANT) with a claim that may exist that are not listed but that have actual knowledge of the Debtor's Bankruptcy Case and who continue to assert claims against the Debtors shall **and must** file a proof of claim or interest with the Clerk of the Bankruptcy Court no later than **January 5, 2016.**

NOTICE OF DEADLINE AND BAR DATE BY WHICH
PROOFS OF CLAIM AND INTEREST MUST BE FILED

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Page 1 of 2

Case 15-44496-BDL    Doc 34-1    Filed 10/29/15    Ent. 10/29/15 15:23:41    Pg. 1 of 2

If your claim is not listed as contingent, unliquidated, or disputed, you do not have to file a claim. Please note, however, that your claim will be treated in the amount listed and in the class of claims appropriate to its placement in the Debtor's Schedules unless you file a claim. Creditors may file their proofs of claim electronically at: http://www.wawb.uscourts.gov/eclaims.htm. Alternatively, proofs of claim may be filed with the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Room 6301, Seattle, Washington 98101.

**N.B: IF YOUR CLAIM IS LISTED AS CONTINGENT, UNLIQUIDATED, OR DISPUTED YOU MUST FILE A CLAIM**. ANY CREDITOR WHOSE CLAIM IS LISTED AS CONTINGENT, UNLIQUIDATED, OR DISPUTED THAT FAILS TO FILE A TIMELY CLAIM SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND OR DIVIDEND DISTRIBUTION PURSUANT TO THE PLAN, AND WILL BE FOREVER BARRED AND DISCHARGED IN ACCORDANCE WITH A CONFIRMATION ORDER ENTERED PURSUANT TO A CONFIRMED PLAN.

DATED October 28, 2015.

RIORDAN LAW PS

By: */s/ Nathan Riordan*
Nathan Riordan, WSBA # 33926
Attorney for Debtors

NOTICE OF DEADLINE AND BAR DATE BY WHICH
PROOFS OF CLAIM AND INTEREST MUST BE FILED

**RIORDAN LAW, PS**
600 STEWART STREET, SUITE 1300
SEATTLE, WA 98101
TEL (206) 903-0401
FAX (206) 219-4141

Page 2 of 2

Case 15-44496-BDL    Doc 34-1    Filed 10/29/15    Ent. 10/29/15 15:23:41    Pg. 2 of 2