B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Western District of Washington

In re  Brinkman  ,  Case No.  15-44496

Debtor  Chapter 11

### PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of 11/5/15 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| see attached | | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

### THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.  2

Date: 11/5/15

_[signature]_
Signature of Authorized Individual

Granville Brinkman
Name of Authorized Individual

Owner
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)
_[signature]_
Signature of Debtor

Robbin Brinkman
Signature of Joint Debtor

Attachment to Form B-26, Granville and Robbin Brinkman #15-44496

Debtors own 100% of each entity unless otherwise shown.

**Bar C Ranch, LLC**
Exhibit A – Valuation
The entity owns cows, which calve each year, and the calves are sold. The entity bought the cows and owes their approximate value to the seller. The interest in the entity is therefore $zero.
Exhibit B - Financial Statements
This entity does not prepare financial statements.
Exhibit C – Description of Operations
Cattle ranching in North Dakota.

**Brinkman Investments, LLC**
This entity was sold at a sheriff's sale to the Hicks Irrevocable Trust.
Exhibit A – Valuation
Value consists of interest in Judgment, shown on Schedule B and described again below. The judgment may or may not be recoverable, and the value in the debtors' schedules has therefore been listed as "unknown."
Exhibit B - Financial Statements
This entity no longer prepares financial statements, any past statements are not updated.
Exhibit C – Description of Operations
This entity does not operate.

This entity also owns 85% of:

> **Sharp Properties, LLC** (15% owned by Walt Sharp).
> Exhibit A – Valuation
> Sharp Properties LLC owns Lots 5-15 of commercial real estate property located at 455 St. Helens Ave. in Tacoma WA valued at $1,500,000, subject to first mortgage held by Northwest Investments LLC (Brian W. Hicks Revocable Trust entity that purchased Heritage Bank loans) in the amount of $628,000; DOTs held by Brinkman Investments LLC in the amount of $758,000; and taxes owed to Pierce County Treasurer in the approx. amount of $30,000.
> Exhibit B - Financial Statements
> This entity does not prepare financial statements. Receiver's reports are available (see below).
> Exhibit C – Description of Operations
> All assets of Sharp Properties, LLC were placed in receivership on 5/20/15, Pierce County #15-2-08699-1 (Receiver: Resource Transition Consultants, LLC).
> The entity generates no income, the land is raw land for development.

**Granville Building, LLC**
Exhibit A – Valuation
Value is $zero. This LLC has no activity or assets.
Exhibit B - Financial Statements
This entity no longer prepares financial statements, any past statements are not updated.
Exhibit C – Description of Operations
This entity does not operate.

1

**Greenwood Investments, LLC**
Debtors own a non-voting 24.75% interest in this entity, except that debtors are entitled to vote on new members, and sale or encumbrance of the assets of the entity.
Exhibit A – Valuation
While the entity is profitable, the debtors and all members are jointly and severally liable on a $5M loan guaranty. The debtors' interest in the entity is transferable, however, unanimous consent of all other members is required, and the interest is non-voting and a minority interest. The value is therefore unknown.
Exhibit B - Financial Statements
This entity does not prepare financial statements. Debtors only receive a K-1.
Exhibit C – Description of Operations
This entity owns a 102-bed skilled nursing facility at 1333 Greenwood Ave. in Seattle, WA. An unaffiliated third party management company operates the facility and pays the entity rent. The entity pays debt service and actual out-of-pocket administrative costs and distributes the profits to the members either quarterly or monthly.

**JMO Development, LLC**
Debtors own 50%, of this entity. Judy Olsen owns 50%.
Exhibit A – Valuation
Value is $zero. This LLC has no activity or assets.
Exhibit B - Financial Statements
This entity no longer prepares financial statements, any past statements are not updated.
Exhibit C – Description of Operations
This entity does not operate.

**New Care Consulting, LLC**
Exhibit A – Valuation
Value is $zero. This LLC has no activity or assets.
Exhibit B - Financial Statements
This entity no longer prepares financial statements, any past statements are not updated.
Exhibit C – Description of Operations
This entity does not operate.

**New Care Construction, LLC**
Debtors own 80% of this entity. Bryan Brown owns 20%.
Exhibit A – Valuation
Value consists of interest in Judgment, shown on Schedule B and described again below, however. The judgment may or may not be recoverable, and the value in the debtors' schedules has therefore been listed as "unknown." Further, this entity sold its loan to Dickinson Investments (which loan is part of the Judgment) to New Care Management, LLC.
Exhibit B - Financial Statements
This entity no longer prepares financial statements, any past statements are not updated.
Exhibit C – Description of Operations

**New Care Development, LLC**
Exhibit A – Valuation
Value is $zero. This LLC has no activity or assets.
Exhibit B - Financial Statements
This entity no longer prepares financial statements, any past statements are not updated.
Exhibit C – Description of Operations
This entity does not operate.

**New Care Healthcare of North Dakota, LLC**
Exhibit A – Valuation
Value is $zero. This LLC has no activity or assets.
Exhibit B - Financial Statements
This entity no longer prepares financial statements, any past statements are not updated.
Exhibit C – Description of Operations
This entity does not operate.

**New Care Management, LLC**
Exhibit A – Valuation
This entity actually owns the Judgment obligation that is owed to New Care Construction, LLC and up to now has collected a monthly payment of approximately $2,147 a month from Dickinson Investments, LLC. The judgment may or may not be recoverable, and the value in the debtors' schedules has therefore been listed as "unknown."
Exhibit B - Financial Statements
This entity no longer prepares financial statements, any past statements are not updated.
Exhibit C – Description of Operations
This entity does not operate.

**Hawks Landing I, LLC**
Exhibit A – Valuation
Value consists of interest in Judgment, shown on Schedule B and described again below. The judgment may or may not be recoverable, and the value in the debtors' schedules has therefore been listed as "unknown."
Exhibit B - Financial Statements
This entity no longer prepares financial statements, any past statements are not updated.
Exhibit C – Description of Operations
This entity does not operate.

**For purposes of the preceding, the "Judgment" means the following:**

Judgment in Stark County, ND Southwest District, Civil No. 45-2014-CV-00040, dated 11/21/14:
Part 1: $1,561,769.76 + interest against Dickinson State University Foundation and Dickinson Investments LLC in favor of Granville Brinkman, Brinkman Investments LLC, and Hawk's Landing I, LLC;
Part 2: $133,600 + interest against Dickinson Investments LLC in favor of Granville Brinkman and New Care Construction, LLC

3

Debtors share this judgment with the entities described herein and in this Schedule B. The Debtors are showing the value of the judgment once, but point out that Brinkman Investments LLC, Hawk's Landing I, LLC and New Care Construction, LLC are also judgment creditors.

4