# Riordan Law, PS
600 Stewart Street #1300
Seattle WA 98101

Granville and Robbin Brinkman	November 10, 2015
207 Broadway Unit 600	20325-2
Tacoma WA 98402

Matter No. 20325-2
General Administration

**Fees:**	Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/30/15 | CR | Fax to J. Burnett re: releases. | 0.10 | 23.50 |
| 09/30/15 | NTR | Corr with client re release of funds. | 0.00 | No charge |
| 09/30/15 | NTR | Review Wells Fargo demand for bank account change. | 0.20 | 70.00 |
| 10/01/15 | NTR | Conf with B Brinkman re case, schedules and funds. | 0.50 | 175.00 |
| 10/01/15 | NTR | Conf with M Van Draanen re reporting and case generally. | 0.50 | 175.00 |
| 10/02/15 | NTR | Conf with B Brinkman and P Ruger re ND case and related issues. | 0.50 | 175.00 |
| 10/02/15 | NTR | Review and research execution on Brinkman Investments, LLC. | 4.00 | 1,400.00 |
| 10/05/15 | CR | Conf, corres w/ client; conf w/ NTR re deficient filing; review UST docs, corres; download forms. | 1.00 | 235.00 |
| 10/05/15 | NTR | Research issue of threatened sale date of 10/15, corr re same. | 2.00 | 700.00 |
| 10/05/15 | NTR | Confs and corr to Deputy Keesler. | 0.30 | 105.00 |
| 10/05/15 | NTR | Confs with clients re threatened sale and schedules. | 0.40 | 140.00 |
| 10/05/15 | NTR | Corr with ND attorneys. | 0.20 | 70.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/06/15 | NTR | Corr with ND attorney re lien. | 0.20 | 70.00 |
| 10/08/15 | CR | Review insurance docs; conf w/ NTR; corres with UST. | 0.20 | 47.00 |
| 10/13/15 | CR | Review and prep IRR docs; conf w/ NTR; corres with client. | 0.80 | 188.00 |
| 10/14/15 | CR | Prep IRR doc; conf w/ NTR; corres w/ client; corres with UST re IRR docs. | 0.60 | 141.00 |
| 10/15/15 | NTR | Conf with J Burnett re dissolution proceedings in ND for Dickinson Foundation. | 0.30 | 105.00 |
| 10/15/15 | NTR | Conf with B Brinkman re case. | 0.30 | 105.00 |
| 10/15/15 | NTR | Corr with P Zuger re Dickinson Foundation receiver's actions. | 0.20 | 70.00 |
| 10/15/15 | CR | Conf w/ NTR; conf w/ B. Menard re new creditors. | 0.20 | 47.00 |
| 10/19/15 | NTR | Corr with M Hamblin re prep for meeting. | 0.10 | 35.00 |
| 10/19/15 | CR | Conf w/ NTR; draft change of address; review Serkland corres. | 0.30 | 70.50 |
| 10/20/15 | NTR | Conf with M Hamblin re Brinkman accounting. | 1.40 | 490.00 |
| 10/21/15 | CR | Conf w/ NTR re motions, status; corres w/ client. | 0.30 | 70.50 |
| 10/22/15 | NTR | Conf with client re case. | 0.70 | 245.00 |
| 10/22/15 | NTR | Review documents from client. | 0.50 | 175.00 |
| 10/22/15 | CR | Review POCs; finalize and file change of mailing; pay fee for uploaded creditors. | 0.40 | 94.00 |
| 10/28/15 | NTR | Conf with B Brinkman re IDI. | 0.20 | 70.00 |
| 10/28/15 | NTR | Corr to client re fees. | 0.20 | 70.00 |
| 10/28/15 | NTR | Corr to client re press matters. | 0.20 | 70.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/28/15 | CR | Conf w/ NTR, client re IDI. | 0.10 | 23.50 |
| 10/28/15 | CR | Draft and file claims bar date docs. | 0.70 | 164.50 |
| 10/29/15 | NTR | Initial debtor interview with UST: Confs with clients before and after, then with M Van Draanen, add clients. | 2.60 | 910.00 |
| 10/29/15 | CR | Prep and serve claims bar date notice. | 0.20 | 47.00 |
| 10/29/15 | CR | Attend IDI; conf w/ NTR, client. | 2.00 | 470.00 |
| 10/30/15 | CR | File claims bar date COS. | 0.10 | 23.50 |
| 10/30/15 | CR | Conf w/ NTR re 341, reporting; corres w/ client re reporting. | 0.40 | 94.00 |
| 11/02/15 | NTR | Corr with J Burnett and P Zuger re call to S Smith. | 0.20 | 70.00 |
| 11/02/15 | NTR | Contact S Smith office - receiver for Dickinson State University Foundation. | 0.10 | 35.00 |
| 11/02/15 | CR | Corres w/ client re report. | 0.10 | 23.50 |
| 11/03/15 | NTR | Review amendments in conference with C Reny. | 0.70 | 245.00 |
| 11/03/15 | NTR | Corr with K Lang re timing of appearance in case. | 0.20 | 70.00 |
| 11/03/15 | NTR | Review ND receivership law. | 0.30 | 105.00 |
| 11/03/15 | NTR | Corr with P Zuger re garnishment of judgment. | 0.20 | 70.00 |
| 11/03/15 | CR | Review filed proofs of claim; corres from UST; conf w/ NTR; corres w/ client. | 1.20 | 282.00 |
| 11/05/15 | NTR | Conf with B Hicks re claim settlement. | 0.20 | 70.00 |
| 11/05/15 | NTR | Conf with S Smith re claim resolution of judgment. | 0.30 | 105.00 |
| 11/05/15 | CR | Conf w/ client, draft Oct. report. | 2.00 | 470.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/05/15 | CR | Revise B-26; conf w/ NTR. | 0.20 | 47.00 |
| 11/06/15 | CR | Draft and mail letter to W. Looney re NOTS 362 violation. | 0.50 | 117.50 |
| 11/09/15 | NTR | Corr with P Zuger and B Brinkman re next steps in ND receivership and possible settlement positions. | 0.80 | 280.00 |
| 11/09/15 | NTR | Review B Hick settlement proposal. | 0.20 | 70.00 |
| 11/09/15 | NTR | Corr with S Smith, receiver for DSUF re settlement of Brinkman judgment. | 0.20 | 70.00 |
| 11/10/15 | NTR | Corr with B Hicks re settlement. | 0.20 | 70.00 |
| 11/10/15 | NTR | First draft fee application. | 1.50 | 525.00 |

Hours: 32.00  
Total fees: $9,889.00

**Expenses:**

| Date | Atty | Description | Amount |
|---|---|---|---|
| 10/30/15 | CR | Service of claims bar date. | 92.40 |

Total expenses: $92.40

**Retainer:**

| Date | | Amount |
|---|---|---|
| 11/05/15 | | 3,000.00 |

Total retainer received: $3,000.00

---

**Billing Summary**

    Previous balance     $0.00  
    Payments & adjustments     0.00  
    Current fees & expenses     9,981.40

**Total now due**     **$9,981.40**

    Retainer balance     $16,031.00

# Riordan Law, PS
600 Stewart Street #1300
Seattle WA 98101

Granville and Robbin Brinkman  November 10, 2015
207 Broadway Unit 600  20325-3
Tacoma WA 98402

Matter No. 20325-3
Schedules

**Fees:**  Hours

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/29/15 | CR | Confs w/ NTR; conf w/ NTR, J. Whalen; conf w/ NTR, M. Archer, client. | 2.00 | 470.00 |
| 09/29/15 | NTR | Conf with J Whalen re Sharp Investments, claims, collateral and receivership. | 0.70 | 245.00 |
| 09/29/15 | NTR | Conf with M Archer and client re Aldente claim and documents. | 0.70 | 245.00 |
| 09/29/15 | NTR | Conf with R Brinkman re completion of schedules. | 0.30 | 105.00 |
| 09/29/15 | NTR | Conf with client re case, schedules, timing, strategy. | 1.30 | 455.00 |
| 09/29/15 | NTR | Review docs and schedules. | 1.30 | 455.00 |
| 09/29/15 | NTR | Corr with Greenwood Investments manager re charging order. | 0.30 | 105.00 |
| 09/29/15 | NTR | Review receivership documents for Sharp Investments. | 0.30 | 105.00 |
| 09/30/15 | NTR | Review and research Greenwood charging order issue, corr to J Burnett re same. | 1.50 | 525.00 |
| 10/01/15 | CR | Conf w/ NTR; corres w/ client re scheds. | 0.20 | 47.00 |
| 10/02/15 | CR | Conf w/ NTR; corres w/ client. | 0.20 | 47.00 |
| 10/04/15 | NTR | Review questions from clients re schedules and reporting and answer same. | 1.00 | 350.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/05/15 | CR | Conf, corres w/ client; conf w/ NTR. | 0.50 | 117.50 |
| 10/07/15 | NTR | Review and comment on draft schedules. | 1.00 | 350.00 |
| 10/07/15 | NTR | Conf re pending litigation. | 0.30 | 105.00 |
| 10/07/15 | CR | Corres w/ client; confs w/ NTR; draft schedules. | 4.70 | 1,104.50 |
| 10/08/15 | NTR | Review schedules. | 1.30 | 455.00 |
| 10/08/15 | CR | Confs w/ NTR; corres w/ client; draft scheds; amend petition; corres w/ Serkland re receiver info. | 2.70 | 634.50 |
| 10/08/15 | CR | Conf w/ NTR, client, Serkland re ND judgment. | 0.70 | 164.50 |
| 10/09/15 | NTR | Review draft of schedules. | 1.50 | 525.00 |
| 10/09/15 | CR | Confs w/ NTR; corres w/ client; revise scheds. | 6.00 | 1,410.00 |
| 10/12/15 | NTR | Review schedules and related docs, conf with M Hamblin, conf with client. | 5.00 | 1,750.00 |
| 10/12/15 | CR | Confs w/ NTR; conf and corres w/ client; revise scheds. | 6.00 | 1,410.00 |
| 10/13/15 | NTR | Review settlement docs, tax return, review and draft changes to schedules. | 9.00 | 3,150.00 |
| 10/13/15 | CR | Confs w/ NTR; corres w/ client; revise scheds. | 5.20 | 1,222.00 |
| 10/14/15 | CR | Confs w/ NTR; conf w/ ECF; conf w/ case manager; withdraw amended petition; draft and file amended SS stmt; analyze creditor matrices; conf w/ B. Menard re creditors and 341 notice. | 2.00 | 470.00 |
| 10/14/15 | NTR | Conf with client re IRR matters. | 0.30 | 105.00 |
| 10/14/15 | NTR | Conf with C Reny re submisions to UST. | 0.20 | 70.00 |
| 10/20/15 | CR | Add new creditors; draft change of mailing address; conf w/ NTR. | 0.60 | 141.00 |
| 11/02/15 | NTR | Corr with M Van Draanen re schedules. | 0.30 | 105.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/04/15 | CR | Conf w/ NTR; conf w NTR, client; corres w/ client, M. Hamblin re NEW Care Const; prep 341 docs; draft list of amendments, new creditors for notice. | 2.00 | 470.00 |
| 11/04/15 | NTR | Review tax return. | 0.40 | 140.00 |
| 11/04/15 | NTR | Corr to M Van Draanen. | 0.10 | 35.00 |
| 11/04/15 | NTR | Conf with client re meeting and 341 hearing. | 0.30 | 105.00 |
| 11/04/15 | NTR | Corr with B Hicks. | 0.20 | 70.00 |
| 11/05/15 | NTR | Conf with clients re schedule revisions and preparation for 341. | 3.80 | 1,330.00 |
| 11/05/15 | CR | Conf w/ NTR, client re 341, schedule amendments; conf w/ NTR; prep 341. | 3.00 | 705.00 |
| 11/06/15 | NTR | Prepare for, travel to and attend 341. | 2.00 | 700.00 |

　　　　　　　　　　　　　　　　　　　　　　　　Hours:　　68.90
　　　　　　　　　　　　　　　　　　　　　　Total fees:　　　　　　　$19,998.00

**Expenses:**

| Date | Atty | Description | Amount |
|---|---|---|---|
| 10/22/15 | CR | Add creditors. | 30.00 |

　　　　　　　　　　　　　　　　　　　　　Total expenses:　　　　　　　$30.00

**Billing Summary**

　　Previous balance　　　　　　　　　　　　　　$0.00
　　Payments & adjustments　　　　　　　　　　　0.00
　　Current fees & expenses　　　　　　　　　20,028.00

　　**Total now due**　　　　　　　　　　　　**$20,028.00**

　　Retainer balance　　　　　　　　　　　　　$16,031.00

# Riordan Law, PS
600 Stewart Street #1300  
Seattle WA 98101

Granville and Robbin Brinkman  November 10, 2015  
207 Broadway Unit 600  20325-4  
Tacoma WA 98402

Matter No. 20325-4  
Hiring Professionals

**Fees:**  Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/15 | CR | Draft app to hire NTR docs. | 1.30 | 305.50 |
| 10/02/15 | CR | Conf w/ NTR; revise hire app; corres w/ client. | 0.30 | 70.50 |
| 10/15/15 | CR | Conf w/ NTR; revise hire app; corres w/ UST. | 0.30 | 70.50 |
| 10/19/15 | CR | Conf w/ NTR; finalize and file hire NTR app. | 0.10 | 23.50 |
| 10/22/15 | CR | Corres w/ P. Zuger; draft Zuger hire app. | 1.30 | 305.50 |
| 10/23/15 | CR | Conf w/ NTR re hire apps. | 0.20 | 47.00 |
| 10/23/15 | NTR | Conf with K Lang re hiring her as attorney. | 0.30 | 105.00 |
| 10/23/15 | NTR | Corr to client and P Zuger re Lang hire. | 0.20 | 70.00 |
| 10/26/15 | CR | Corres w/ client, P. Zuger, K. Lang re apps to hire. | 0.20 | 47.00 |
| 10/27/15 | NTR | Corr to P Zuger and C Reny re application to employ. | 0.50 | 175.00 |
| 10/27/15 | CR | Corres w/ client, P. Zuger, K. Lang, M. Hamblin re apps to hire; draft and revise hire apps. | 1.30 | 305.50 |
| 10/27/15 | CR | Conf, corres w/ client, P. Zuger, K. Lang, and M. Hamblin re apps to hire; revise and serve hearing notice; draft, revise, file hire apps. | 4.50 | 1,057.50 |
| 10/28/15 | NTR | Review section 327 and draft changes to hire application and declaration. | 1.00 | 350.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/15 | CR | Conf, corres w/ M. Hamblin re hire; revise app docs and file; finalize and file Lang decl. | 0.70 | 164.50 |
| 11/02/15 | CR | Corres w/ M. Hamblin re invoices. | 0.10 | 23.50 |
| | | Hours: | 12.30 | |
| | | Total fees: | | $3,120.50 |

**Expenses:**

| Date | | Description | | Amount |
|---|---|---|---|---|
| 10/28/15 | CR | Service of notice to hire professionals. | | 74.40 |
| | | Total expenses: | | $74.40 |

**Billing Summary**

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 3,194.90 |
| **Total now due** | **$3,194.90** |
| Retainer balance | $16,031.00 |

# Riordan Law, PS
600 Stewart Street #1300
Seattle WA 98101

Granville and Robbin Brinkman  November 10, 2015
207 Broadway Unit 600  20325-7
Tacoma WA 98402

Matter No. 20325-7
Claims Analysis

**Fees:** Hours

| | | | | | |
|---|---|---|---|---|---|
| 10/08/15 | | NTR | Conf with P Ruger and Roger from Serklund, as well as client re collection on judgment and $112k held by receiver. | 0.90 | 315.00 |
| 10/10/15 | | NTR | Review corr re schedules. | 0.20 | 70.00 |

Hours: 1.10
Total fees: $385.00

---

**Billing Summary**

| | |
|---|---|
| Previous balance | $0.00 |
| Payments & adjustments | 0.00 |
| Current fees & expenses | 385.00 |
| **Total now due** | **$385.00** |
| Retainer balance | $16,031.00 |