# EXHIBIT A

Jack G. Marcil
Ronald H. McLean
Roger J. Minch
Maureen Holman
Jane L. Dynes
Timothy G. Richard
Joseph A. Wetch, Jr.*
Berly D. Nelson
Peter W. Zuger
Kasey D. McNary
James R. Maring**
Ian R. McLean

Rebecca S. Thiem, Bismarck Office



# SERKLAND
## LAW FIRM
### SINCE 1888
Including the Former Tax Law Office

Robert J. Moats, Office Manager
———
Rodger G. Mohagen, Of Counsel
Bart R. McIlonie, Of Counsel
———
Norman G. Tenneson (1898-1982)
Chester J. Serkland (1909-1996)
Armond G. Erickson (1927-2012)
Lowell W. Lundberg (1927-2013)
———
All Attorneys Licensed in ND
*Also Licensed in South Dakota
**Also Licensed in Arizona

Page: 1
03/30/2016

Granville Brinkman
PO Box 1096
Tacoma  WA  98401

Account No:          2888M

*Cover Sheet - Please include with payment*
*Tax ID #45-0317659*

| Previous Balance | Fees | Expenses | Advances | Payments | Balance |
|---|---|---|---|---|---|
| 2888-150954 Brinkman-Post Bankruptcy Collection | | | | | |
| 21,284.36 | 1,467.00 | 0.00 | 0.00 | 0.00 | $22,751.36 |

10 Roberts Street • P.O. Box 6017 • Fargo, ND 58108-6017 • Phone (701) 232-8957 • Fax (701) 237-4049

1800 E. Broadway Avenue, Suite 200 • P.O. Box 4066 • Bismarck, ND 58502-4066 • Phone (701) 751-7355 • Fax (701) 751-7358

Case 15-44496-BDL    Doc 72-2    Filed 05/09/16    Ent. 05/09/16 17:32:12    Pg. 2 of 21

Jack G. Marcil
Ronald H. McLean
Roger J. Minch
Maureen Holman
Jane L. Dynes
Timothy G. Richard
Joseph A. Wetch, Jr.*
Berly D. Nelson
Peter W. Zuger
Kasey D. McNary
James R. Maring**
Ian R. McLean

Rebecca S. Thiem, Bismarck Office



### SERKLAND
### LAW FIRM
#### SINCE 1888
Including the Former Tax Law Office

Robert J. Moats, Office Manager

Rodger G. Mohagen, Of Counsel
Bart R. McIlonie, Of Counsel

Norman G. Tenneson (1898-1982)
Chester J. Serkland (1909-1996)
Armond G. Erickson (1927-2012)
Lowell W. Lundberg (1927-2013)

All Attorneys Licensed in ND
*Also Licensed in South Dakota
**Also Licensed in Arizona

Granville Brinkman
PO Box 1096
Tacoma WA 98401

Page: 1
03/30/2016
Account No: 2888-150954M
Statement No: 248277

Brinkman-Post Bankruptcy Collection

***This statement includes fees and expenses
for the period through the end of last month.
Any payments received after the statement date have not been included.***

***This statement may not reflect costs and disbursements incurred
by us and paid to third parties, if the third party has not yet billed us.
Any such costs and disbursements will be billed with the next statement.***

| | | | |
|---|---|---|---|
| Previous Balance | | | $21,284.36 |

#### Fees

| | | | Hours |
|---|---|---|---|
| 02/01/2016 | PWZ | Reviewed the Receiver's email regarding the claims form. | 0.10 |
| | PWZ | Receipt/response to the court's email regarding the hearing for priority of creditors' interests. | 0.10 |
| 02/02/2016 | WSB | Receive and review Order Requiring Filing of Claims and Establishing the Procedure for Dissolution recently entered by the court. | 0.10 |
| | PWZ | Calendar all dates and deadlines accordingly. | 0.20 |
| 02/04/2016 | PWZ | Reviewed the Receiver's motion to approve private sale of real property. | 0.80 |
| | KDM | Confer with PWZ regarding sale of property and judgment lien against proceeds of sale. | 0.20 |
| 02/05/2016 | PWZ | Spoke with Beaver regarding the motion to sell property and the upcoming settlement conference. | 0.30 |

10 Roberts Street • P.O. Box 6017 • Fargo, ND 58108-6017 • Phone (701) 232-8957 • Fax (701) 237-4049

1800 E. Broadway Avenue, Suite 200 • P.O. Box 4066 • Bismarck, ND 58502-4066 • Phone (701) 751-7355 • Fax (701) 751-7358

Case 15-44496-BDL    Doc 72-2    Filed 05/09/16    Ent. 05/09/16 17:32:12    Pg. 3 of 21

Granville Brinkman

Brinkman-Post Bankruptcy Collection

|  |  |  | Hours |
|---|---|---|---|
| 02/09/2016 | PWZ | Spoke with Jon Brakke regarding the settlement conference and emailed Beaver regarding the same. | 0.20 |
|  | PWZ | Spoke with Beaver regarding the request to change the settlement conference date. | 0.30 |
|  | PWZ | Receipt/response to Beaver's email regarding the Foundation House liens. | 0.20 |
|  | PWZ | Reviewed the receiver's report regarding restricted assets and emailed Beaver regarding the same. | 0.20 |
| 02/10/2016 | PWZ | Receipt/response to emails from other attorneys about moving the settlement conference date. | 0.20 |
|  | PWZ | Emailed Sean Smith and Parrell Grossmann about trying to mediate brinkman's case. | 0.20 |
| 02/11/2016 | PWZ | Receipt/response to Sean's email about meeting to settle. | 0.20 |
|  | PWZ | Receipt of Parrell Grossman's email regarding attempting to settle with just Brinkman. | 0.10 |
|  | PWZ | Drafted the brief in opposition to the motion to sell property free and clear of liens. | 0.60 |
|  | PWZ | Reviewed emails from Jon Brakke regarding the settlement conference and regarding changes to the dissolution notice. | 0.10 |
|  | PWZ | Spoke with Beaver regarding the settlement conference. | 0.30 |
|  | PWZ | Receipt/response to Beaver's email about the donor documentation. | 0.20 |
| 02/12/2016 | PWZ | Emailed Beaver regarding the opposition brief and how to handle the settlement conference. | 0.20 |
|  | PWZ | Spoke with Beaver regarding the settlement meeting. | 0.30 |
|  | PWZ | Reviewed AG's emails regarding the settlement conference and responded to the same. | 0.20 |
| 02/16/2016 | PWZ | Receipt/response to Jon Brakke's email regarding the settlement conference. | 0.20 |
| 02/17/2016 | PWZ | Review of Parrell Grossman's email regarding his stance on the settlement conference. | 0.10 |
| 02/18/2016 | PWZ | Reviewed the emails from the other attorneys regarding the status of the March 23 settlement conference and responded to the same. | 0.10 |
|  | PWZ | Reviewed First International Bank's conditional objection to the sale of real property free and clear of all liens. | 0.10 |
| 02/19/2016 | PWZ | Receipt/response to Nate's email regarding how to deal with Hicks owning Brinkman Investments. | 0.30 |
|  | PWZ | Spoke with Nate and Beaver regarding the settlement |  |

Granville Brinkman

Brinkman-Post Bankruptcy Collection

| | | | Hours | |
|---|---|---|---|---|
| | | conference and Brian Hicks' issues. | 0.40 | |
| | PWZ | Reviewed Sean Smith's email regarding the proposed proof of claim form and reviewed the proposed form. | 0.50 | |
| 02/29/2016 | PWZ | Reviewed emails between the parties relating to stipulating to the dissolution documents and reviewed emails relating to the settlement meeting. | 0.20 | |
| | PWZ | Reviewed the receiver's supplemental brief regarding selling the properties free and clear of all liens. | 0.20 | |
| | PWZ | Emailed Sean Smith regarding the deposit of the $112,000. | 0.10 | |
| | PWZ | Analyzed the issues with the $112,000 sitting in the receiver's trust account for determining the balance owed on the judgment. | 0.20 | |
| | PWZ | Receipt/response to Attorney Lowell Bottrell's email regarding the balance on the judgment. | 0.20 | |
| | PWZ | Reviewed the court's order approving notice and dissolution of claims and vacating the previous order. | 0.30 | |
| | | For Current Services Rendered | 8.20 | 1,467.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Wendy S. Brekke | 0.10 | $90.00 | $9.00 |
| Peter W. Zuger | 7.90 | 180.00 | 1,422.00 |
| Kasey D. McNary | 0.20 | 180.00 | 36.00 |

| | |
|---|---|
| Total Current Work | 1,467.00 |

| | |
|---|---|
| **Balance Due** | $22,751.36 |

# Detail Cost Transaction File List
Serkland Law Firm

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 264 Postage** | | | | | | | | |
| 2888.150954 | 10/15/2015 | 49 | A | 264 | | 6.96 | Postage | ARCH |
| 2888.150954 | 11/03/2015 | 3 | A | 264 | | 1.42 | Postage | ARCH |
| **Total for Tcode 264** | | | | | Billable | 8.38 | Postage | |
| **Tcode 301 Service Fee** | | | | | | | | |
| 2888.150954 | 11/09/2015 | 3 | A | 301 | | 80.00 | Service Fee - Alpha 6, Inc. | ARCH |
| 2888.150954 | 11/24/2015 | 3 | A | 301 | | 2,715.80 | Service Fee - Heley, Duncan & Melander, PLLP - Mediation Services | ARCH |
| **Total for Tcode 301** | | | | | Billable | 2,795.80 | Service Fee | |
| **Tcode 306 Garnishment fee** | | | | | | | | |
| 2888.150954 | 10/27/2015 | 3 | A | 306 | | 25.00 | Garnishment fee - Dacotah Bank | ARCH |
| **Total for Tcode 306** | | | | | Billable | 25.00 | Garnishment fee | |
| **Tcode 309 Document Copy** | | | | | | | | |
| 2888.150954 | 11/23/2015 | 3 | A | 309 | | 48.00 | Document Copies - ND Secretary of State | ARCH |
| 2888.150954 | 11/23/2015 | 3 | A | 309 | | 22.00 | Document Copies - NDRIN | ARCH |
| **Total for Tcode 309** | | | | | Billable | 70.00 | Document Copy | |
| **Tcode 313 Owners and Encumbrance** | | | | | | | | |
| 2888.150954 | 10/08/2015 | 3 | A | 313 | | 400.00 | Owners and Encumbrance | ARCH |
| **Total for Tcode 313** | | | | | Billable | 400.00 | Owners and Encumbrance | |
| **Tcode 376 Federal Express** | | | | | | | | |
| 2888.150954 | 10/30/2015 | 49 | A | 376 | | 29.48 | Federal Express | ARCH |
| **Total for Tcode 376** | | | | | Billable | 29.48 | Federal Express | |
| **Tcode 377 Filing fee** | | | | | | | | |
| 2888.150954 | 10/12/2015 | 3 | A | 377 | | 30.00 | Filing fee | ARCH |
| **Total for Tcode 377** | | | | | Billable | 30.00 | Filing fee | |
| **Tcode 386 Travel expenses** | | | | | | | | |
| 2888.150954 | 12/07/2015 | 49 | A | 386 | | 153.29 | Travel expenses - hotel in Dickinson | ARCH |
| 2888.150954 | 12/07/2015 | 49 | A | 386 | | 35.63 | Travel expenses - meal in Dickinson | ARCH |
| 2888.150954 | 12/08/2015 | 49 | A | 386 | | 345.00 | Travel expenses to/from Dickinson - RHM | ARCH |
| **Total for Tcode 386** | | | | | Billable | 533.92 | Travel expenses | |
| **Tcode 388 Westlaw usage -** | | | | | | | | |
| 2888.150954 | 10/28/2015 | 3 | A | 388 | | 542.64 | Westlaw usage - September 2015 | ARCH |
| 2888.150954 | 11/10/2015 | 3 | A | 388 | | 31.20 | Westlaw usage - October 2015 | ARCH |
| 2888.150954 | 12/16/2015 | 49 | A | 388 | | 114.24 | Westlaw usage - November 2015 | ARCH |
| 2888.150954 | 01/20/2016 | 49 | A | 388 | | 94.70 | Westlaw usage - December 2015 | ARCH |
| **Total for Tcode 388** | | | | | Billable | 782.78 | Westlaw usage - | |

### GRAND TOTALS

| | | | |
|---|---|---|---|
| | Billable | 4,675.36 | |

## SERKLAND LAW FIRM
## DETAIL FEE TRANSACTION
## September 28, 2015 – February 29, 2016

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 10/27/2015 | RHM | $250.00 | 0.4 | | Lengthy telephone conference with Randy Tretevik of SSA. |
| 11/30/2015 | RHM | $250.00 | 1.0 | | Prepare for oral argument in Dickinson. |
| | RHM | $250.00 | 2.0 | | Review cases. |
| 12/01/2015 | RHM | $250.00 | 3.0 | | Prepare for oral argument in Dickinson. |
| | RHM | $250.00 | 3.0 | | Prepare for hearing. |
| 12/06/2015 | RHM | $250.00 | 4.5 | | Travel from Fargo to Dickinson. |
| | RHM | $250.00 | 0.5 | | Preparation for hearing. |
| 12/07/2015 | RHM | $250.00 | 0.3 | | Final preparation for hearing on motions to intervene and Brinkman argument. |
| | RHM | $250.00 | 3.0 | | Attend hearing. |
| | RHM | $250.00 | 4.5 | | Return to Fargo. |
| 12/08/2015 | RHM | $250.00 | 0.3 | | Dictated memorandum regarding recent events. |
| | RHM | $250.00 | 0.2 | | Began work on a proposed scheduling order. |
| 01/31/2016 | RHM | $250.00 | 0.3 | | Exchange of emails with Sean Smith and PWZ. |
| | | | | | *See Separate Attachment for any February 2016 entries* |
| **RHM TOTAL** | | | **26.2** | **$6,550.00** | |
| 10/06/2015 | RJM | $250.00 | 0.6 | | Email message from PWZ and office conference with PWZ about Washington bankruptcy case. |
| 10/08/2015 | RJM | $250.00 | 0.9 | | Email messages from PWZ, office conference with PWZ, attending telephone conference with PWZ and Washington bankruptcy attorney. |
| | | | | | *See Separate Attachment for any February 2016 entries* |
| **RJM TOTAL** | | | **1.5** | **$375.00** | |

Page **1** of **15**

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | *(This space intentionally left blank.)* |
| | | | | | *(This space intentionally left blank.)* |
| 11/30/2015 | WSB | $90.00 | 2.3 | | Download, print and organize all case law cited in the various motions/briefs to intervene set to be heard on 12-07-2015. |
| 12/01/2015 | WSB | $90.00 | 1.5 | | Office conference with RHM regarding preparation for upcoming oral argument on motion to intervene. |
| | WSB | $90.00 | 0.5 | | Download and organize several additional cases from Westlaw for RHM. |
| | WSB | $90.00 | 1.0 | | Add additional background documents for RHM's use and review. |
| 12/02/2015 | WSB | $90.00 | 1.0 | | Begin reviewing case law and highlighting relevant portions from the various briefs for RHM's upcoming oral argument. |
| 12/03/2015 | WSB | $90.00 | 0.6 | | Finish reviewing case law and highlighting relevant portions from the various briefs for RHM's upcoming oral argument. |
| | | | | | *See Separate Attachment for any February 2016 entries* |
| **WSB TOTAL** | | | **6.9** | **$621.00** | |
| 09/28/2015 | PWZ | $180.00 | 0.3 | | Spoke with Beaver regarding the status of filing bankruptcy. |
| | PWZ | $180.00 | 0.2 | | Meeting with TGR regarding the same. |
| | PWZ | $180.00 | 0.2 | | Meeting with KDM regarding answering FIB foreclosure complaint. |
| | PWZ | $180.00 | 0.2 | | Meeting with RHM regarding the bankruptcy status. |
| 09/29/2015 | PWZ | $180.00 | 0.3 | | Spoke with KDM regarding the FIB issues and the bankruptcy. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 09/29/2016 | PWZ | $180.00 | 0.4 | | Spoke with Chuck Peterson regarding the bankruptcy and emailed Beaver regarding that conversation. |
| | PWZ | $180.00 | 0.3 | | Spoke with Beaver regarding the bankruptcy filing and regarding my conversation with Chuck Peterson. |
| | PWZ | $180.00 | 0.4 | | Drafted the conflict waiver. |
| 09/30/2015 | PWZ | $180.00 | 0.5 | | Revised the conflict waiver and spoke with BDN regarding the bankruptcy. |
| | PWZ | $180.00 | 0.2 | | Talked to JLD regarding the status of the case. |
| | PWZ | $180.00 | 0.3 | | Spoke with Beaver regarding the bankruptcy. |
| 10/02/2015 | PWZ | $180.00 | 0.4 | | Reviewed the signed conflict waiver. |
| | PWZ | $180.00 | 0.5 | | Emailed Nate the documents related to the $112,000. |
| 10/05/2015 | PWZ | $180.00 | 0.3 | | Reviewed Nate's email regarding the bankruptcy and responded to the same. |
| | PWZ | $180.00 | 0.4 | | Spoke with Beaver regarding the bankruptcy status and emailed Chuck Peterson regarding the foreclosure sale. |
| | PWZ | $180.00 | 0.3 | | Receipt/response to Nate's email regarding the foreclosure sale. |
| | PWZ | $180.00 | 0.3 | | Reviewed the NDCC foreclosure provisions. |
| | PWZ | $180.00 | 0.4 | | Spoke with Beaver regarding the bankruptcy and reviewed Nate's emails regarding the same. |
| 10/06/2015 | PWZ | $180.00 | 0.3 | | Meeting with RJM regarding the bankruptcy and emailed Nate regarding the same. |
| | PWZ | $180.00 | 0.1 | | Left message for Sean regarding the bankruptcy and possibility of settlement. |
| | PWZ | $180.00 | 0.2 | | Spoke with Beaver. |
| 10/07/2015 | PWZ | $180.00 | 0.6 | | Receipt/response to Nate's emails regarding the bankruptcy and spoke with RHM regarding the bankruptcy. |
| | PWZ | $180.00 | 1.8 | | Drafted the motion to intervene. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 10/08/2015 | PWZ | $180.00 | 0.3 | | Responded to emails from Nate and Beaver relating to the Foundation liquidating. |
| | PWZ | $180.00 | 0.7 | | Phone conference with Beaver and Nate. |
| 10/12/2015 | PWZ | $180.00 | 0.2 | | Spoke with Sean Smith regarding the receivership. |
| | PWZ | $180.00 | 0.5 | | Finalized the motion to intervene. |
| 10/12/2015 | PWZ | $180.00 | 0.3 | | Spoke with Beaver regarding the motions to intervene. |
| 10/13/2015 | PWZ | $180.00 | 0.3 | | Spoke with Beaver regarding the motion to intervene and possibly selling Hawk's Point. |
| | PWZ | $180.00 | 0.2 | | Spoke with Nate regarding the bankruptcy. |
| 10/14/2015 | PWZ | $180.00 | 0.2 | | Reviewed the foreclosure answer and revised the same. |
| | PWZ | $180.00 | 0.2 | | Receipt/response to Dick Olson's email regarding the motion to intervene. |
| 10/15/2015 | PWZ | $180.00 | 0.3 | | Spoke with Beaver regarding needing to withdraw from the foreclosure. |
| | PWZ | $180.00 | 0.5 | | Drafted the withdrawal documentation. |
| 10/16/2015 | PWZ | $180.00 | 0.8 | | Receipt/response to Nate's email regarding the status of the Foundation dissolving and reviewed the AG's brief regarding the orderly dissolution. |
| | PWZ | $180.00 | 0.3 | | Spoke with Beaver regarding the dissolution. |
| 10/22/2015 | PWZ | $180.00 | 0.4 | | Spoke with Katrina regarding the case. |
| 10/23/2015 | PWZ | $180.00 | 0.3 | | Meeting with LAH regarding the bank garnishments and spoke with Beaver regarding the same. |
| 10/26/2015 | PWZ | $180.00 | 0.3 | | Reviewed and responded Dick Olson's email regarding resisting the attorney general's position. |
| | PWZ | $180.00 | 0.2 | | Reviewed the docket for the Foundation's receivership action to determine the status of the motion to intervene. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 10/26/2015 | PWZ | $180.00 | 0.4 | | Reviewed the Attorney General's opposition to our motion to intervene. |
| 10/27/2015 | PWZ | $180.00 | 0.3 | | Reviewed the article relating to the dissolution of the foundation and reviewed the notice of appearance in the foreclosure matter. |
| | PWZ | $180.00 | 0.2 | | Emailed Cat Reny regarding the work we would be doing for the estate. |
| | PWZ | $180.00 | 0.2 | | Responded to Monte Rogneby's email regarding the motion to intervene in the receivership. |
| | PWZ | $180.00 | 0.3 | | responded to Katrina Lang's emails regarding the foreclosure cases. |
| | PWZ | $180.00 | 0.3 | | Responded to Cat Reny's emails relating to information to submit to the bankruptcy court for having us retained. |
| | PWZ | $180.00 | 0.4 | | Finalized the motion to stay the appeal. |
| | PWZ | $180.00 | 0.2 | | Reviewed and signed the garnishment to Dacotah Bank. |
| | PWZ | $180.00 | 0.2 | | Receipt of Chuck Peterson's email and voicemail regarding the status of the appeal. |
| | PWZ | $180.00 | 0.4 | | Drafted the bankruptcy declaration. |
| 10/28/2015 | PWZ | $180.00 | 1.3 | | Continued drafting the reply in support of the motion to intervene and conducted research for the reply brief regarding the claims process in non-profit corporation dissolution proceedings. |
| | PWZ | $180.00 | 0.3 | | Spoke with Chuck Peterson regarding the receivership issues. |
| | PWZ | $180.00 | 0.3 | | Drafted the notice of hearing for the motion to intervene. |
| | PWZ | $180.00 | 0.5 | | revised the declaration regarding the first international bank lawsuits. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 10/28/2015 | PWZ | $180.00 | 0.5 | | Spoke with Chuck Peterson regarding trying to settle with the Foundation and emailed Nate and Beaver regarding the same. |
| | PWZ | $180.00 | 0.3 | | Receipt/response to Nate's emails regarding trying to settle with the Foundation. |
| | PWZ | $180.00 | 0.3 | | Reviewed and signed the final declaration. |
| 11/02/2015 | PWZ | $180.00 | 0.2 | | Receipt/response to Beaver's emails regarding the status of our motion to intervene, the status of garnishing from Dickinson Investments' bank accounts. |
| | PWZ | $180.00 | 0.1 | | Receipt/response to Chuck Peterson's emails regarding trying to settle with the Foundation. |
| 11/03/2015 | PWZ | $180.00 | 0.1 | | Receipt/response to Monte Rogneby's email regarding the status of the motions to intervene. |
| | PWZ | $180.00 | 0.1 | | Reviewed Beaver's emails regarding negotiating a settlement with the Foundation. |
| | PWZ | $180.00 | 0.1 | | Reviewed the article relating to DSU purchasing Foundation properties. |
| | PWZ | $180.00 | 0.1 | | Reviewed the motion to withdraw as the Foundation's counsel. |
| | PWZ | $180.00 | 0.1 | | Receipt/response to Nate's email requesting the order appointing the receiver. |
| | PWZ | $180.00 | 0.1 | | Reviewed First International Bank's objection to the attorney general's proposed dissolution timeline. |
| 11/09/2015 | PWZ | $180.00 | 0.2 | | Receipt/response to emails from Nate and Beaver regarding the receiver's position that it wants to sell real property without regard to Beaver's lien. |
| | PWZ | $180.00 | 0.1 | | Reviewed the attorney general's response to the Bosch family's motion to intervene. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 11/10/2015 | PWZ | $180.00 | 0.2 | | Reviewed Nate's emails with Brian Hicks regarding settlement and emailed Nate regarding the settlement emails. |
| | PWZ | $180.00 | 0.1 | | Receipt/response to Nate's email regarding the Dickinson bank setting off the garnishment attempt. |
| | PWZ | $180.00 | 0.2 | | Receipt/response to Beaver's email regarding the receiver's plan to sell properties subject to our lien. |
| | PWZ | $180.00 | 0.1 | | Receipt/response to Nate's email regarding information he needs to look into to settle with Sean Smith and research he needs to conduct. |
| 11/11/2015 | PWZ | $180.00 | 0.6 | | Receipt/response to Nate's emails regarding the Brady Martz report on restricted and non-restricted assets owned by the Foundation and emails regarding the receiver's reports. |
| 11/12/2015 | PWZ | $180.00 | 0.2 | | Receipt/response to Beaver's emails regarding the Eide Bailly audit report and garnishing from Hawk's Point. |
| | PWZ | $180.00 | 0.3 | | Reviewed First International Bank's motion to intervene in the receivership action. |
| 11/13/2015 | PWZ | $180.00 | 0.4 | | Receipt/review of Beaver and Nate's emails relating to the property owned by the Foundation. |
| | PWZ | $180.00 | 0.3 | | Reviewed the receivership docket to verify the status of the properties. |
| 11/14/2015 | PWZ | $180.00 | 0.2 | | Receipt/response to Beaver's emails regarding the DI foreclosure. |
| 11/16/2015 | PWZ | $180.00 | 0.2 | | Receipt/review of Beaver's emails relating to the properties the foundation owns. |
| | PWZ | $180.00 | 0.2 | | Receipt/response to Nate's emails regarding how to collect from the Foundation and Dickinson Investments. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 11/16/2015 | PWZ | $180.00 | 0.2 | | Receipt/response to Beaver's emails regarding garnishing from Dickinson Investments. |
| 11/17/2015 | PWZ | $180.00 | 0.7 | | Telephone conference with Beaver and Nate regarding collecting on the DI judgment and assets that we can seize. |
| | PWZ | $180.00 | 0.3 | | Emailed Nate and Beaver regarding garnishing from DI residents. |
| | PWZ | $180.00 | 0.4 | | Receipt/response to Nate's email regarding the garnishment from the residents. |
| | PWZ | $180.00 | 0.3 | | Spoke with LAH regarding how to serve all the residents. |
| 11/18/2015 | PWZ | $180.00 | 0.2 | | Reviewed Nate's email to Brian Hicks regarding settlement and receipt/response to Beaver's email regarding the garnishment of Hawk's Point. |
| | PWZ | $180.00 | 0.2 | | Reviewed the garnishment statutes for the notice requirements. |
| | PWZ | $180.00 | 0.2 | | Meeting with TGR regarding whether an assignment of rents would affect the garnishment. |
| | PWZ | $180.00 | 0.1 | | Reviewed the trade name statutes to determine if the Hawk's Point Trade Name would have an effect on the garnishment. |
| | PWZ | $180.00 | 0.2 | | Reviewed the assignment of rents for Dacotah and First International and emailed Nate and Beaver regarding the same. |
| 11/19/2015 | PWZ | $180.00 | 0.1 | | Reviewed the denial of request to appear by phone. |
| | PWZ | $180.00 | 0.2 | | Spoke with Katrina Lang regarding the foreclosure actions. |
| | PWZ | $180.00 | 0.2 | | Reviewed the Dacotah Bank loan documents. |
| | PWZ | $180.00 | 0.3 | | Researched the bank's setoff rights. |
| | PWZ | $180.00 | 0.2 | | Reviewed the UCC search for Dickinson Investments. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 11/20/2015 | PWZ | $180.00 | 0.2 | | Reviewed the receiver's report for DI and check on the status of motions in the DSUF receivership. |
| | PWZ | $180.00 | 0.2 | | Conducted research regarding equitable liens and constructive trusts to determine whether the donors would have an argument for either theory. |
| | PWZ | $180.00 | 0.1 | | Emailed Nate and Beaver regarding my research. |
| 11/23/2015 | PWZ | $180.00 | 0.2 | | Receipt/response to Beaver's email regarding the right of setoff. |
| 11/25/2015 | PWZ | $180.00 | 0.2 | | Spoke with Beaver about the issues with collecting on the judgment. |
| | PWZ | $180.00 | 0.1 | | Receipt/response to Nate's email about the status of collecting. |
| | PWZ | $180.00 | 0.1 | | Reviewed the newspaper articles regarding the DSUF and Hawk's Point. |
| | PWZ | $180.00 | 0.1 | | Receipt/response to Nate's email regarding the liens on the properties. |
| 11/30/2015 | PWZ | $180.00 | 0.2 | | Receipt/response to Beaver's email regarding the Foundation properties. |
| | PWZ | $180.00 | 0.1 | | Reviewed the American Bank Center brief requesting lifting the stay. |
| 12/01/2015 | PWZ | $180.00 | 0.3 | | Reviewed the emails from Beaver regarding the Foundation properties. |
| | PWZ | $180.00 | 0.3 | | Phone conference with Beaver, Nate and Katrina regarding collecting on the judgment. |
| | PWZ | $180.00 | 0.7 | | Reviewed the briefs and case law to help RHM to prepare for the motion to intervene hearing. |
| 12/07/2015 | PWZ | $180.00 | 0.4 | | Spoke with RHM in preparation for the oral argument. |
| 12/14/2015 | PWZ | $180.00 | 0.1 | | Reviewed the receiver's response brief to American Bank Center's motion to intervene. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 12/14/2015 | PWZ | $180.00 | 0.2 | | Receipt/response to Beaver's email regarding the status of selling the properties. |
| 12/28/2015 | PWZ | $180.00 | 0.2 | | Receipt/review of Beaver's email to Katrina regarding the receiver's actions with Hawk's Point. |
| 12/30/2015 | PWZ | $180.00 | 1.0 | | Worked on the claims process for the dissolution. |
| 12/31/2015 | PWZ | $180.00 | 1.7 | | Worked on the dissolution procedure for filing claims and spoke with Katrina regarding responding to Beaver's email. |
| 01/07/2016 | PWZ | $180.00 | 0.2 | | Emailed Parrell Grossman regarding our position on settlement. |
| | PWZ | $180.00 | 0.2 | | Receipt/response to Parrell Grossman's email regarding settlement. |
| | PWZ | $180.00 | 0.1 | | Reviewed Sean Smith's email regarding Brady Martz compiling information. |
| 01/11/2016 | PWZ | $180.00 | 0.3 | | Reviewed Sean Smith's email regarding the supporting documentation for donor gifts and emailed Beaver and Nate Roidian regarding the same. |
| | PWZ | $180.00 | 0.1 | | Left voicemail for Jon Brakke regarding the proposed order from the creditors. |
| | PWZ | $180.00 | 0.5 | | Receipt/response to Parrell Grossman's email regarding the revisions to the claims process and reviewed the proposed revised order. |
| 01/13/2016 | PWZ | $180.00 | 0.3 | | Spoke with Jon Brakke regarding his proposed changes to the order. |
| 01/14/2016 | PWZ | $180.00 | 0.6 | | Prepared for the conference call with the other attorneys by reviewing the proposed orders from the parties and spoke with Jon Brakke a second time regarding the provisions of the order. |
| | PWZ | $180.00 | 0.3 | | Receipt/response to the Attorney General's emails regarding meeting to discuss settlement. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 01/14/2016 | PWZ | $180.00 | 0.4 | | Attended telephone conference with other attorneys regarding the proposed dissolution process order. |
| 01/15/2016 | PWZ | $180.00 | 0.2 | | Reviewed Sean Smith's email regarding the cost of production of documents. |
| 01/18/2016 | PWZ | $180.00 | 0.2 | | Receipt/response to Beaver's email regarding the donor restriction issues. |
| | PWZ | $180.00 | 0.2 | | Spoke with Sean Smith regarding the possibility of settlement. |
| | PWZ | $180.00 | 0.1 | | Emailed Jon Brakke regarding the documentation the creditors seek. |
| 01/19/2016 | PWZ | $180.00 | 0.2 | | Reviewed Beaver's emails relating to FIB foreclosing on Hawk's Point and responded to the same. |
| | PWZ | $180.00 | 0.2 | | Reviewed Sean Smith's letter and attached documentation supporting the donor restrictions. |
| | PWZ | $180.00 | 0.2 | | Emailed Beaver regarding the same. |
| 01/20/2016 | PWZ | $180.00 | 0.2 | | Reviewed Parrell Grossman's suggested revisions to the dissolution order. |
| 01/22/2016 | PWZ | $180.00 | 0.2 | | Receipt/response to Parrell Grossman's email regarding the reasoning that my client doesn't need to pay the costs for production of documents at this stage. |
| | PWZ | $180.00 | 0.2 | | Receipt/response to Parrell's email regarding his position that the real property is subject to donor restrictions. |
| | PWZ | $180.00 | 0.2 | | Reviewed the Attorney General's proposed revised order for filing claims and dissolution. |
| 01/26/2016 | PWZ | $180.00 | 0.2 | | Reviewed the emails from the other attorneys regarding the stipulated order status and emailed Beaver regarding the same. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 01/26/2016 | PWZ | $180.00 | 0.1 | | Reviewed the letter to Judge Herauf regarding the stipulated order. |
| | PWZ | $180.00 | 0.1 | | Emailed Jon Brakke regarding a proposed cost-split. |
| | PWZ | $180.00 | 0.1 | | Emailed Beaver regarding the cost-splitting agreement. |
| | PWZ | $180.00 | 0.2 | | Receipt/response to Nate's email regarding issues with the Foundation going into bankruptcy. |
| | PWZ | $180.00 | 0.1 | | Reviewed Jon Brakke's email regarding the status of meeting to settle. |
| | PWZ | $180.00 | 0.1 | | Receipt of Beaver's voicemail regarding the proposed cost-split. |
| 01/27/2016 | PWZ | $180.00 | 0.3 | | Receipt/response to emails from Beaver and Nate regarding involuntary bankruptcy. |
| | PWZ | $180.00 | 0.1 | | Signed the stipulation for court order regarding the bankruptcy. |
| | PWZ | $180.00 | 0.3 | | Receipt/response to Parrell's emails regarding scheduling settlement conference. |
| 01/29/2016 | PWZ | $180.00 | 0.2 | | Receipt of Parrell's email regarding meeting to discuss settlement. |
| | PWZ | $180.00 | 0.3 | | Spoke with Beaver and Nate regarding the status of the bankruptcy and Dickinson Investments. |
| | PWZ | | | | *See Separate Attachment for any February 2016 entries* |
| **PWZ TOTAL** | | | **42.9** | **$7,722.00** | |
| 10/05/2015 | LAH | $90.00 | 0.4 | | Confer with PWZ and KDM regarding Notice of Sale notice and priority of liens. |
| 10/07/2015 | LAH | $90.00 | 0.2 | | Confer with PWZ regarding O&E Report. |
| | LAH | $90.00 | 0.2 | | Draft O&E Request. |
| | LAH | $90.00 | 0.1 | | E-mail O&E Request to ND Guaranty & Title. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 10/07/2015 | LAH | $90.00 | 0.5 | | NDRIN search to determine lienholders on lots in foreclosure with First International Bank & Trust. |
| | LAH | $90.00 | 0.2 | | Confer with KDM. |
| 10/08/2015 | LAH | $90.00 | 0.1 | | Review of O&E Report. |
| | LAH | $90.00 | 0.1 | | Confer with PWZ. |
| 10/14/2015 | LAH | $90.00 | 0.2 | | Draft Affidavit of Service by Electronic Means. |
| | LAH | $90.00 | 0.2 | | Serve Chris Kennelly with Answer. |
| 10/23/2015 | LAH | $90.00 | 0.2 | | Confer with PWZ regarding bank garnishment. |
| | LAH | $90.00 | 0.1 | | E-mail to private process server in Gladstone regarding service upon Dacotah Bank. |
| 10/27/2015 | LAH | $90.00 | 0.7 | | Draft Non-earnings Garnishment Summons and Non-earnings Garnishment Disclosure for Dacotah Bank. |
| | LAH | $90.00 | 0.2 | | Draft correspondence to Alpha 6, Inc. regarding personal service of garnishment documents upon Dacotah Bank. |
| 10/30/2015 | LAH | $90.00 | 0.2 | | Update correspondence to Darcy Fossum (private process server) regarding service of garnishment documents upon Dacotah Bank. |
| | LAH | $90.00 | 0.1 | | E-mail to Darcy. |
| 11/03/2015 | LAH | $90.00 | 0.2 | | Draft Affidavit of Service by Mail regarding Non-earnings Garnishment upon Dickinson Investments, LLC. |
| | LAH | $90.00 | 0.2 | | E-mail correspondence to Darcy Fossum regarding status of service of garnishment documents upon Dacotah Bank. |
| | LAH | $90.00 | 0.2 | | Receipt and review of Affidavit of Process Server regarding service of garnishment documents upon Dacotah Bank. |
| | LAH | $90.00 | 0.1 | | Respond to e-mail from private process server. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 11/09/2015 | LAH | $90.00 | 0.2 | | E-mail to Beaver regarding completed garnishment disclosure from Dacotah Bank. |
| 11/17/2015 | LAH | $90.00 | 0.2 | | Confer with PWZ regarding UCC search for Dickinson Investments. |
| 11/18/2015 | LAH | $90.00 | 0.2 | | Complete and fax UCC search form to Secretary of State. |
| 11/18/2015 | LAH | $90.00 | 0.2 | | Confer with PWZ regarding mortgages between Dickinson Investments and Dacotah Bank and between Dickinson Investments and First International Bank & Trust. |
| | LAH | $90.00 | 0.2 | | NDRIN search for copies of Assignments of Rent for Dacotah Bank and Dickinson Investments and First International Bank and Dickinson Investments. |
| | LAH | $90.00 | 0.2 | | Confer with PWZ. |
| 11/25/2015 | LAH | $90.00 | 0.2 | | Confer with PWZ regarding O&E Reports for DSUF properties. |
| | | | | | *See Separate Attachment for any February 2016 entries* |
| **LAH TOTAL** | | | **5.8** | **$522.00** | |
| 09/28/2016 | KDM | $180.00 | 0.1 | | Confer with PWZ regarding responding to foreclosure complaint by First International Bank & Trust. |
| 09/29/2015 | KDM | $180.00 | 0.8 | | Review foreclosure complaint and attached exhibits. |
| | KDM | $180.00 | 0.3 | | Confer with PWZ regarding answer and deadline to respond to complaint. |
| | KDM | $180.00 | 0.3 | | Confer with TGR regarding claim of modification of mortgage/equitable mortgage. |
| 10/05/2015 | KDM | $180.00 | 0.2 | | Confer with PWZ regarding requirements for service of notice of sale and time period for publication of notice. |

| TRANSACTION DATE | TIMEKEEPER | RATE | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 10/07/2015 | KDM | $180.00 | 0.1 | | Confer with LAH regarding liens against additional lots in preparation for drafting answer to complaint. |
| 10/13/2015 | KDM | $180.00 | 0.5 | | Review foreclosure complaint. |
| | KDM | $180.00 | 1.4 | | Draft and revise answer to foreclosure complaint. |
| 10/14/2015 | KDM | $180.00 | 0.1 | | Confer with PWZ regarding revisions to answer. |
| | KDM | $180.00 | 0.2 | | Revise and execute answer. |
| | KDM | $180.00 | 0.1 | | Confer with LAH regarding service of answer. |
| 10/29/2015 | KDM | $180.00 | 0.3 | | Telephone conference with Katrina Turman Lang regarding foreclosure action and claim of equitable mortgages. |
| | | | | | *See Separate Attachment for any February 2016 entries |
| **KDM TOTAL** | | | **4.4** | **$792.00** | |
| | RECAP: | RHM | 26.2 | $6,550.00 | |
| | | RJM | 1.5 | $375.00 | |
| | | WSB | 7.2 | $648.00 | |
| | | PWZ | 42.9 | $7,722.00 | |
| | | LAH | 5.8 | $522.00 | |
| | | KDM | 4.4 | $792.00 | |
| **TOTALS** | | | | **$16,609.00** | (Itemization above) |
| | | | + | $4,675.36 | Detail Cost Transaction |
| | | | + | $1,467.00 | February 2016 Itemization |
| | | | | **$22,751.36** | **GRAND TOTAL** |