Exhibit A to Declaration of Katrina Turman Lang

| DATE | DESCRIPTION | RATE | TIME | |
|---|---|---|---|---|
| | FEES | | | |
| 10/27/2015 | Review pleadings; research. | $220.00 | 3 | |
| | Equitable mortgage. | | 3 | |
| 10/28/2015 | Email correspondence with Cat Reny regarding application for employment. | | 0.2 | |
| | Review pleadings, loan documents, mortgages, etc. | | 3.8 | |
| 10/29/2015 | Review receivership order and interim reports. | | 1.5 | |
| | Telephone conference with Peter Zuger & Casey McNary regarding receivership action and complaint in case 618. | | 0.5 | |
| 10/30/2015 | Review real estate records for case 618 | | 1 | |
| 11/2/2015 | Review pleadings, loan documents, lease documents for case 616; email Beaver regarding lease. | | 3 | |
| 11/6/2015 | Review Motion to Intervene filed by Bosch in 618. | | 0.2 | |
| 11/12/2015 | Email correspondence with Beaver. | | 0.2 | |
| 11/20/2015 | Draft Notice of Appearance in 616 and substitution of counsel in 618 | | 0.4 | |
| 11/24/2015 | Telephone conference with Nate regarding status of case. | | 0.5 | |
| 12/1/2015 | Conference call with Beaver, Peter Zuger, Nathan Riordan regarding status of all cases. | | 0.5 | |
| | Review several emails from Beaver. | | 0.5 | |
| | Make spreadsheet of loans and security/mortgage for note. | | 1 | |
| 12/30/2015 | Review email from Beaver regarding case 616. | | 0.2 | |
| | Research questions. | | 1.5 | |
| | Review loan documents. | | 0.1 | |
| | Telephone conference with Peter. | | 0.2 | |
| 1/6/2016 | Email correspondence with Beaver. | | 0.4 | |
| 1/8/2016 | Telephone conference with Michelle Donarski (attorney for Bosch family) regarding 616. | | 0.4 | |
| 1/12/2016 | Email correspondence with Beaver regarding case 616 and foreclosure of Hawk's landing. | | 0.4 | |
| 1/20/2016 | Email correspondence with Beaver re: 616 lawsuit. | | 0.4 | |
| 1/21/2016 | Email correspondence with Beaver re: 616 foreclosure/sheriff's sale. | | 0.3 | |
| 2/1/2016 | Review State's Objection to Entry of Judgment in 616. | | 0.2 | |
| 2/2/2016 | Email correspondence with counsel regarding scheduling order. | | 0.2 | |
| 2/3/2016 | Email correspondence with Beaver. | | 0.3 | |
| 2/3/2016 | Telephone conference with Nathan Riordan regarding Dickinson Investments. | | 0.4 | |
| 2/5/2016 | Email correspondence regarding Trustee. | | 0.2 | |
| 2/9/2016 | Email correspondence regarding trustee fees for October in case 616; review consent from ND to 1st International new proposed findings and judgment. | | 0.3 | |
| 2/12/2016 | Review foreclosure order and judgment; email Beaver. | | 0.3 | |
| 2/17/2016 | Review Order granting receiver's report for Dec. 2015; forward to Beaver. | | 0.2 | |
| 2/29/2016 | Telephone conference with counsel for 1st International regarding Stipulation to Amend Answer. | | 0.2 | |
| 3/1/2016 | Telephone conference with Peter Zuger. | | 0.2 | |
| | Draft fee application. | | 0.5 | |
| 3/7/2016 | Email correpondence with Beaver. | | 0.2 | |
| | Review Bosch Apartments - sale and objection. | | 0.3 | |
| 3/9/2016 | Email correspondence with Beaver regarding Bosch apartments. | | 0.3 | |
| 3/10/2016 | Email correspondence with Beaver regarding Bosch strategy. | | 0.3 | |
| 3/22/2016 | Email correspondence with Beaver | | 0.2 | |
| 4/13/2016 | Email Beaver court documents | | 0.25 | |
| | Total Fees | | 0 | |
| | | 220 | 27.75 | $6,105.00 |
| | DISBURSEMENTS | | | |
| DATE | Copy of mortgages | | | $42.00 |
| 12/3/2015 | Answer filing fee (#618) | | | $50.00 |
| 12/31/2015 | | | | |
| | TOTAL | | | $6,197.00 |